Sherri A. Affrunti, Esq. (SBN 017981996**)**
THE LAW OFFICE OF SHERRI A. AFFRUNTI, LLC
301 Oxford Valley Road
Bldg. 1800, #1803, 2d Floor, Jackson Suite
Yardley, PA 19067
Tel:  267.392.5842
Email: sherri@affruntilaw.com

Neville L. Johnson, Esq. (*Pro Hac Vice* Application to be filed)
Adam M. Winokur, Esq. (*Pro Hac Vice* Application to be filed)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com; awinokur@jjllplaw.com

Rodney A. Smolla, Esq. (*Pro Hac Vice* Application to be filed)
7 Brook Road
P.O. Box 77
Strafford, Vermont 05072
Telephone: (864) 373-3882
Email: rodsmolla@gmail.com

Attorneys for Plaintiffs Lima Jevremović and
Autonomous User Rehabilitation Agent, LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>      Plaintiffs,<br><br>                    vs.<br><br>BRITTANY JEREAM COURVILLE, an individual,<br><br><br>      Defendant. | Civil Action No:<br><br>*Document Electronically filed*<br><br><br>**PLAINTIFFS' DISCLOSURE STATEMENT PURSUANT TO L. CIV. R. 7.1.1** |

Pursuant to L. Civ. R. 7.1.1, the undersigned counsel of record for Plaintiffs Lima Jevremović and Autonomous User Rehabilitation Agent, LLC (together, "Plaintiffs") hereby certify that no person or entity not a party to this litigation is providing funding for any of the attorneys' fees and costs for the litigation or has any assigned financial interest in the outcome, and that no such third person or entity exists who needs to approve litigation decisions or settlement decisions in this action on Plaintiffs' behalf.

Respectfully submitted,

*s/Sherri A. Affrunti*
Sherri A. Affrunti, Esq. (SBN 017981996)
THE LAW OFFICE OF SHERRI A. AFFRUNTI, LLC
301 Oxford Valley Road
Bldg. 1800, #1803, 2d Floor, Jackson Suite
Yardley, PA 19067
Tel:  267.392.5842
Email:  sherri@affruntilaw.com

*s/Neville L. Johnson*
Neville L. Johnson
(*Pro Hac Vice* Admission to be filed)
Adam M. Winokur
(*Pro Hac Vice* Admission to be filed)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com
           awinokur@jjllplaw.com

*s/Rodney Smolla*
Rodney Smolla
(*Pro Hac Vice* Admission to be filed)
7 Brook Road
P.O. Box 77
Strafford, Vermont 05072
Telephone: (864) 373-3882
Email: rodsmolla@gmail.com

Attorney for Plaintiffs Lima Jevremović and
Autonomous User Rehabilitation Agent, LLC

Dated:  August 8, 2022

## CERTIFICATE OF SERVICE

I hereby certify that Defendant Brittany Jeream Courville is being served with the foregoing Disclosure Statement Pursuant to L. Civ. R. 7.1.1 by hand delivery, addressed as follows:

10 Teak Lane
Princeton, New Jersey  08540

*s/Sherri A. Affrunti*
Sherri A. Affrunti, Esq.

Dated:  August 8, 2022