Sherri A. Affrunti, Esq. (SBN 017981996**)**
THE LAW OFFICE OF SHERRI A. AFFRUNTI, LLC
301 Oxford Valley Road
Bldg. 1800, #1803, 2d Floor, Jackson Suite
Yardley, PA 19067
Tel:  267.392.5842
Email: sherri@affruntilaw.com

Neville L. Johnson, Esq. (*Pro Hac Vice* Application to be filed)
Adam M. Winokur, Esq. (*Pro Hac Vice* Application to be filed)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com; awinokur@jjllplaw.com

Rodney A. Smolla, Esq. (*Pro Hac Vice* Application to be filed)
7 Brook Road
P.O. Box 77
Strafford, Vermont 05072
Telephone: (864) 373-3882
Email: rodsmolla@gmail.com

Attorneys for Plaintiffs Lima Jevremović and
Autonomous User Rehabilitation Agent, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>      Plaintiffs,<br><br>        vs.<br><br>BRITTANY JEREAM COURVILLE, an individual,<br><br>      Defendant. | Civil Action No:<br><br>*Document Electronically filed*<br><br><br>**PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. of P. 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiffs Lima Jevremović and Autonomous User Rehabilitation Agent, LLC (each, a "Plaintiff") hereby state that neither Plaintiff to the present suit has any parent corporation and that no publicly held corporation owns 10% or more of a Plaintiff's stock.

Respectfully submitted,

*s/Sherri A. Affrunti*
Sherri A. Affrunti, Esq. (SBN 017981996)
THE LAW OFFICE OF SHERRI A. AFFRUNTI, LLC
301 Oxford Valley Road
Bldg. 1800, #1803, 2d Floor, Jackson Suite
Yardley, PA 19067
Tel:  267.392.5842
Email:  sherri@affruntilaw.com

*s/Neville L. Johnson*
Neville L. Johnson
(*Pro Hac Vice* Admission to be filed)
Adam M. Winokur
(*Pro Hac Vice* Admission to be filed)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com
          awinokur@jjllplaw.com

*s/Rodney Smolla*
Rodney Smolla
(*Pro Hac Vice* Admission to be filed)
7 Brook Road
P.O. Box 77
Strafford, Vermont 05072
Telephone: (864) 373-3882
Email: rodsmolla@gmail.com

Attorney for Plaintiffs Lima Jevremović and
Autonomous User Rehabilitation Agent, LLC

Dated:  August 8, 2022

## CERTIFICATE OF SERVICE

I hereby certify that Defendant Brittany Jeream Courville is being served with the foregoing Disclosure Statement Pursuant to Civ. R. 7.1 by hand delivery, addressed as follows:

10 Teak Lane<br>
Princeton, New Jersey  08540

*s/Sherri A. Affrunti*
Sherri A. Affrunti, Esq.

Dated:  August 8, 2022