THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIMA JEVREMOVIĆ, and individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>     Plaintiffs,<br><br>  vs.<br><br>BRITTANY JEREAM COURVILLE, an individual,<br><br>     Defendant. | CASE NO.: 3:22-CV-04969 |

## STIPULATION AND ORDER TO EXTEND PLEADING DEADLINE

  IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiffs Lima Jevremović and Autonomous User Rehabilitation Agent, LLC and Defendant Brittany Jeream Courville that Defendant shall answer or otherwise respond to the Complaint on or before September 28, 2022.

This is the first stipulated extension entered in this matter.

        [*Signatures on following page*]

SO STIPULATED AND AGREED:

Dated:  August 16, 2022

| | |
|---|---|
| THE LAW OFFICE OF SHERRI A. AFFRUNTI, LLC<br><br>By:/s/ Sherri A. Affrunti_____<br>    Sherri A. Affrunti, Esquire<br>    301 Oxford Valley Road<br>    Bldg. 1800, #1803, 2d Floor<br>    Jackson Suite<br>    Yardley, PA  19067<br>    Phone: 267-392-5842<br>    Email:  sherri@affruntilaw.com<br><br>JOHNSON & JOHNSON LLP<br><br>By:/s/ Neville L. Johnson_____<br>    Neville L. Johnson<br>    Adam M. Winokur<br>    439 North Canon Drive, Suite 200<br>    Beverly Hills, California 90210<br>    Telephone: (310) 975-1080<br>    Facsimile: (310) 975-1095<br>    Email: njohnson@jj11plaw.com<br>    awinokur@jj11plaw.com<br><br><br>By:/s/ Rodney A. Smolla_____<br>    Rodney A. Smolla<br>    7 Brook Road<br>    P.O. Box 77<br>    Strafford, Vermont 05072<br>    Telephone: (864) 373-3882<br>    Email: rodsmolla@gmail.com<br>*Attorney for Plaintiffs Lima Jevremović and Autonomous User Rehabilitation Agent, LLC* | COZEN O'CONNOR<br><br>By: */s/ John Johnson*_____<br>    John Johnson, Esquire<br>    1010 Kings Highway South<br>    Cherry Hill, NJ 08034<br>    Phone:  856-910-5001<br>    Email:  jjohnson@cozen.com<br><br>    Kevin Kerns, Esquire (*Pro Hac Vice*<br>    Admission forthcoming)<br>    1650 Market Street<br>    Philadelphia, PA 19103<br>    Phone:  215-665-6912<br>    Email:  kkerns@cozen.com<br><br>    Tamar Wise, Esquire (*Pro Hac Vice*<br>    Admission forthcoming)<br>    175 Greenwich Street, 55th Floor<br>    New York, NY  10007<br>    Phone:  212-883-4924<br>    Email:  twise@cozen.com<br>    *Attorneys for Defendant*<br><br><br><br><br><br><br><br><br><br>SO ORDERED:<br><br>_____<br>                                                                   J. |