Sherri A. Affrunti, Esq. (SBN 017981996**)**
THE LAW OFFICE OF SHERRI A. AFFRUNTI, LLC
301 Oxford Valley Road
Bldg. 1800, #1803, 2d Floor, Jackson Suite
Yardley, PA 19067
Tel:  (267) 392.5842
Email: sherri@affruntilaw.com

Neville L. Johnson, Esq.
Adam M. Winokur, Esq.
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Tel: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com; awinokur@jjllplaw.com

Rodney A. Smolla, Esq.
7 Brook Road
P.O. Box 77
Strafford, Vermont 05072
Tel: (864) 373-3882
Email: rodsmolla@gmail.com

Attorneys for Plaintiffs Lima Jevremović and
Autonomous User Rehabilitation Agent, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiffs,<br><br>        vs.<br><br>BRITTANY JEREAM COURVILLE, an individual,<br><br>    Defendant. | Civil Action No: 3:22-cv-04969-ZNQ-RLS<br><br>*Document Electronically filed*<br><br>**ORDER FOR ADMISSIONS**<br>***PRO HACE VICE*** |

      This matter being opened to the Court by Sherri A. Affrunti, Esq. of the Law Office of Sherri A. Affrunti, LLC, an attorney admitted to practice law in the State of New Jersey and, *inter alia*, the

United States District Court for the District of New Jersey, who is the attorney of record for Plaintiffs Lima Jevremović and Autonomous User Rehabilitation Agent, LLC (together, "Plaintiffs"), for an Order permitting the *pro hac vice* admissions of Neville L. Johnson, Esq., Adam M. Winokur, Esq., and Rodney A. Smolla, Esq. pursuant to L. Civ. R. 101.1; and the Court having considered the Declarations in support of the application which reflect that Neville L. Johnson, Esq., Adam M. Winokur, Esq., and Rodney A. Smolla, Esq. satisfy the requirements set forth in L. Civ. R. 101.1(c)(1); and Defendant's counsel having no objection to this application; and for other good cause shown:

    IT IS HEREBY ORDERED that Neville L. Johnson, Esq., Adam M. Winokur, Esq., and Rodney A. Smolla, Esq. are hereby granted admission *pro hac vice* to appear, speak for and participate on behalf of Plaintiffs in this matter in the same manner as attorneys authorized to practice law in this State; and

    IT IS HEREBY ORDERED that Neville L. Johnson, Esq., Adam M. Winokur, Esq., and Rodney A. Smolla, Esq. shall notify the Court immediately of any matter affecting their standing at the Bar of any court; and

    IT IS HEREBY ORDERED that Neville L. Johnson, Esq., Adam M. Winokur, Esq., and Rodney A. Smolla, Esq. are deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against counsel that may arise from their participation in this matter; and

    IT IS FURTHER ORDERED that Neville L. Johnson, Esq., Adam M. Winokur, Esq., and Rodney A. Smolla, Esq. each shall pay or cause to be paid $150.00 to the Clerk of the United States District Court for the District of New Jersey as a fee for their admission *pro hac vice*, in accordance with L. Civ. R. 101.1(c)(3); and

IT IS FURTHER ORDERED that, to the extent that it is not already paid for 2022, Neville L. Johnson, Esq., Adam M. Winokur, Esq., and Rodney A. Smolla, Esq. shall each pay or cause to be paid an annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with the New Jersey Court R. 1:28-2 within twenty (20) days from the date of entry of this Order, and shall continue to do so for each year in which counsel represent Plaintiffs in this matter; and

IT IS FURTHER ORDERED that Neville L. Johnson, Esq., Adam M. Winokur, Esq., and Rodney A. Smolla, Esq. shall be bound by the Local Rules of the United Stated District for the District Court of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, and L. Civ. R. 104.1, *Discipline of Attorneys*; and

IT IS FURTHER ORDERED Neville L. Johnson, Esq., Adam M. Winokur, Esq., and Rodney A. Smolla, Esq. shall abide by the provisions of the New Jersey Court Rules, including all disciplinary rules, and shall also specifically comply with the provisions of R. 1:21-2, R. 1:20-1(b) (payment annually to the Oversight Committee), and R. 1:28-2 (payment annually to the New Jersey Lawyers' Fund for Client Protection), during the entire course of their *pro hac vice* admissions; and

IT IS FURTHER ORDERED that the Clerk of Court is hereby directed to TERMINATE the Motion at Docket Entry No. 8.

SO ORDERED.

Date: 8/26/2022

/s/ Rukhsanah L. Singh
HON. RUKHSANAH L. SINGH, U.S.M.J.