Sherri A. Affrunti, Esq. (SBN 017981996)
THE LAW OFFICE OF SHERRI A. AFFRUNTI, LLC
301 Oxford Valley Road
Bldg. 1800, #1803, 2d Floor, Jackson Suite
Yardley, PA 19067
Tel:  (267) 392.5842
Email: sherri@affruntilaw.com

Neville L. Johnson, Esq. (Admitted *Pro Hac Vice*)
Adam M. Winokur, Esq. (Admitted *Pro Hac Vice*)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Tel: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com; awinokur@jjllplaw.com

Rodney A. Smolla, Esq. (Admitted *Pro Hac Vice*)
7 Brook Road
P.O. Box 77
Strafford, Vermont 05072
Tel: (864) 373-3882
Email: rodsmolla@gmail.com

Attorneys for Plaintiffs Lima Jevremović and
Autonomous User Rehabilitation Agent, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>      Plaintiffs,<br><br>      vs.<br><br>BRITTANY JEREAM COURVILLE, an individual,<br><br>      Defendant. | Civil Action No: 3:22-cv-04969-ZNQ-RLS<br><br>*Document Electronically Filed* |

## **REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEYS TO RECEIVE ELECTRONIC NOTIFICATIONS**

Request is hereby made by the undersigned local counsel of record in the above-captioned matter for Plaintiffs Lima Jevremović and Autonomous User Rehabilitation Agent, LLC (together, "Plaintiffs") to permit all co-counsel admitted *pro hac vice* to receive electronic case filing notifications regarding this matter. In support of this Request, it is represented that:

1. An Order was entered on August 26, 2022 permitting the *pro hac vice* admissions of Neville L. Johnson, Esq., Adam M. Winokur, Esq., and Rodney A. Smolla, Esq. pursuant to L. Civ. R. 101.1 (Docket Item 9).

2. The admission fee required by L. Civ. R. 101.1(c)(3), in the amount of $150.00 per attorney (total $450.00), was paid to the Court Clerk on August 30, 2022 pursuant to the terms of the Order (Receipt Number NEW047095).

3. Information for the electronic notifications for these attorneys is set forth in the attached chart.

Dated: September 1, 2022

/s/ *Sherri A. Affrunti, Esq.*
Sherri A. Affrunti, Esq. (SBN 017981996**)**
THE LAW OFFICE OF SHERRI A. AFFRUNTI, LLC
301 Oxford Valley Road
Bldg. 1800, #1803, 2d Floor, Jackson Suite
Yardley, PA 19067
Tel:  (267) 392.5842
Email: sherri@affruntilaw.com

Attorneys for Plaintiffs Lima Jevremović
and Autonomous User Rehabilitation Agent, LLC

*PRO HAC VICE* **ATTORNEY INFORMATION:**

| |
|---|
| Neville L. Johnson, Esq.<br>JOHNSON & JOHNSON LLP<br>439 North Canon Drive, Suite 200<br>Beverly Hills, California 90210<br>Tel: (310) 975-1080<br>Facsimile: (310) 975-1095<br>Email: njohnson@jjllplaw.com;<br>         vcassis@jjllplaw.com |
| Adam M. Winokur, Esq.<br>JOHNSON & JOHNSON LLP<br>439 North Canon Drive, Suite 200<br>Beverly Hills, California 90210<br>Tel: (310) 975-1080<br>Facsimile: (310) 975-1095<br>Email: awinokur@jjllplaw.com;<br>         vcassis@jjllplaw.com |
| Rodney A. Smolla, Esq.<br>7 Brook Road<br>P.O. Box 77<br>Strafford, Vermont 05072<br>Tel: (864) 373-3882<br>Email: rodsmolla@gmail.com |