John P. Johnson, Jr.
COZEN O'CONNOR, P.C.
1010 Kings Highway South
Cherry Hill, New Jersey 08034
Telephone: 856-910-5001
Facsimile:  856-910-5075
Email: jjohnson@cozen.com

Tamar S. Wise, Esq. (Admitted *Pro Hac Vice*)
COZEN O'CONNOR, P.C.
3 WTC, 175 Greenwich Street, 55th Floor
New York, New York 1007
Telephone: 212-883-4924
Facsimile: 646-461-2054
Email: twise@cozen.com

Attorneys for Defendant Brittany Jeream Courville, an individual

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiffs,<br><br>　　　　　　vs.<br><br>BRITTANY JEREAM COURVILLE, an individual,<br><br>　　　　Defendant. | Civil Action No: 3:22-cv-04969-ZNQ-RLS |

### REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEYS
### TO RECEIVE ELECTRONIC NOTIFICATIONS

Request is hereby made by the undersigned local counsel of record in the above-captioned matter for Defendant BRITTANY JEREAM COURVILLE, an individual, to permit co-counsel admitted *pro hac vice* to receive electronic case filing notifications regarding this matter. In support of this Request, it is represented that:

1.  An Order was entered on October 4, 2022 permitting the *pro hac vice* admission of Tamar S. Wise, Esq. pursuant to L. Civ. R. 101.1 (ECF 18).

2.  The admission fee required by L. Civ. R. 101.1(c)(3), in the amount of $150.00, was paid to the Court Clerk on October 13, 2022 pursuant to the terms of the Order (Receipt Number TRE129065).

3.  Information for the electronic notifications for these attorneys is set forth in the attached chart.

Dated: October 13, 2022

Respectfully submitted,

COZEN O'CONNOR, PC
A Pennsylvania Professional Corporation
Attorney for Defendant Brittany Jeream Courville

By: _____
John P. Johnson, Jr., Esq.
1010 Kings Highway South
Cherry Hill, New Jersey 08034
Philadelphia, PA 19103
Telephone: 856-910-5001
Facsimile:  856-910-5075
Email: jjohnson@cozen.com

***PRO HAC VICE* ATTORNEY INFORMATION:**

Tamar S. Wise, Esq. (Admitted *Pro Hac Vice*)
COZEN O'CONNOR, P.C.
3 WTC, 175 Greenwich Street, 55th Floor
New York, New York 1007
Telephone: 212-883-4924
Facsimile: 646-461-2054
Email: twise@cozen.com