# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and<br><br>AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiffs,<br><br>vs.<br><br>BRITTANY JEREAM COURVILLE, an individual,<br><br>    Defendant. | CIVIL ACTION NO.: 3:22-cv-04969-ZNQ-RLS |

## NOTICE OF MOTION OF DEFENDANT BRITTANY JEREAM COURVILLE'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

PLEASE TAKE NOTICE, that for all the reasons set forth in the attached Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiffs' Complaint, Defendant Brittany Jeream Courville shall move before the Honorable Zahid N. Quraishi, U.S.D.J., in the United States District Court for the District of New Jersey, Trenton Vicinage, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, on the 7th day of November, 2022 or as soon thereafter as counsel may be heard, for an Order dismissing all counts and allegations contained in Plaintiffs' Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. **Pursuant to L.R. 78.1(b), Defendant hereby requests oral argument on this Motion.**

Respectfully submitted,

                                      COZEN O'CONNOR, PC
                                      A Pennsylvania Professional Corporation
                                      Attorney for Defendant Brittany Jeream Courville

BY: _____

John P. Johnson, Jr.
1010 Kings Highway South
Cherry Hill, NJ 08034
Telephone: 856-910-5001
Fax: 215-701-2049
jjohnson@cozen.com

Keven T. Kerns
*(D.N.J Admission Forthcoming)*
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: 215-665-6912
Fax: 215-372-2352
kkerns@cozen.com

Tamar Wise (*Admitted Pro Hac Vice*)
3 WTC
175 Greenwich Street, 55th Floor
New York, NY 10172
Telephone: 212-883-4924
Fax: 646-461-2054
twise@cozen.com

Dated: October 14, 2022