**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>BRITTANY JEREAM COURVILLE, an individual,<br><br>　　　　Defendant. | CIVIL ACTION NO.: 3:22-cv-04969-ZNQ-RLS |

## **PROPOSED ORDER**

AND NOW, this _____ day of _____, 2022, upon consideration of Defendant's Motion to Dismiss, any accompanying papers in support thereof and any responses thereto, it is hereby ORDERED and DECREED that Plaintiffs' Complaint is DISMISSED in its entirety, with prejudice.

BY THE COURT,

_____
Hon. Zahid N. Quraishi