Sherri A. Affrunti (SBN 017981996)
THE LAW OFFICE OF SHERRI A. AFFRUNTI, LLC
301 Oxford Valley Road
Bldg. 1800; #1803, 2d Floor., Jackson Ste.
Yardley, Pennsylvania 19067
Telephone: (267) 392-5842
Email: sherri@affruntilaw.com

Neville L. Johnson, Esq. (Admitted *Pro Hac Vice*)
Adam M. Winokur, Esq. (Admitted *Pro Hac Vice*)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com
       awinokur@jjllplaw.com

Rodney A. Smolla, Esq. (Admitted *Pro Hac Vice*)
4601 Concord Pike
Wilmington, DE 19803-0406
Telephone: (864) 373-3882
Email: rodsmolla@gmail.com

Attorneys for Plaintiffs Lima Jevremović and
Autonomous User Rehabilitation Agent, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JESERY**
**TRENTON VICINAGE**

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>BRITTANY JEREAM COURVILLE, an individual,<br><br>Defendant. | Civil Action No: 3:22-cv-04969-ZNQ-RLS<br><br>*Document Electronically Filed*<br><br><br><br>**NOTICE OF MOTION TO SEAL AND/OR REDACT** |

**PLEASE TAKE NOTICE** that, as soon as it may be heard, Plaintiffs Lima Jevremovic ("Jevremovic") and Autonomous User Rehabilitation Agent, LLC ("AURA") (Jevremovic and AURA, together, "Plaintiffs"), by and through their counsel of record, shall move before the Honorable Zahid Quraishi, United States District Judge of the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 E State St, Trenton, NJ 08608, for an Order granting Plaintiffs' Motion to Seal and/or Redact Counsel's Certification in Response to the Court's Order to Show Cause Regarding Subject Matter Jurisdiction.

**PLEASE TAKE FURTHER NOTICE** that a Supporting Brief, supporting Declaration of Plaintiff Lima Jevremovic, and supplemental Counsel Certification are submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order granting the relief requested is also submitted herewith.

Respectfully submitted,

*s/Sherri A. Affrunti*
Sherri A. Affrunti, Esq. (SBN 017981996)
LAW OFFICE OF SHERRI A. AFFRUNTI, LLC
301 Oxford Valley Road
Bldg. 1800, #1803, 2d Floor, Jackson Suite
Yardley, PA 19067
Telephone:  (267) 392.5842
Email:  sherri@affruntilaw.com

Neville L. Johnson, Esq. (Admitted *Pro Hac Vice*)
Adam M. Winokur, Esq. (Admitted *Pro Hac Vice*)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com
       awinokur@jjllplaw.com

Rodney Smolla Esq. (Admitted *Pro Hac Vice*)
7 Brook Road
P.O. Box 77
Strafford, Vermont 05072
Telephone: (864) 373-3882
Email: rodsmolla@gmail.com

*Attorney for Plaintiffs Lima Jevremović and Autonomous User Rehabilitation Agent, LLC*

Dated:  June 6, 2023