Sherri A. Affrunti (SBN 017981996)
THE LAW OFFICE OF SHERRI A. AFFRUNTI, LLC
301 Oxford Valley Road
Bldg. 1800; #1803, 2d Floor., Jackson Ste.
Yardley, Pennsylvania 19067
Telephone: (267) 392-5842
Email: sherri@affruntilaw.com

Neville L. Johnson, Esq. (Admitted *Pro Hac Vice*)
Adam M. Winokur, Esq. (Admitted *Pro Hac Vice*)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com
       awinokur@jjllplaw.com

Rodney A. Smolla, Esq. (Admitted *Pro Hac Vice*)
4601 Concord Pike
Wilmington, DE 19803-0406
Telephone: (864) 373-3882
Email: rodsmolla@gmail.com

Attorneys for Plaintiffs Lima Jevremović and
Autonomous User Rehabilitation Agent, LLC

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JESERY
TRENTON VICINAGE**

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company<br><br>Plaintiffs,<br><br>vs.<br><br>BRITTANY JEREAM COURVILLE, an individual,<br><br>Defendant. | Civil Action No: 3:22-cv-04969-ZNQ-RLS<br><br>*Document Electronically Filed*<br><br><br>**DECLARATION OF LIMA JEVREMOVIC IN SUPPORT OF MOTION TO SEAL AND/OR REDACT** |

I, Lima Jevremović, hereby certify and declare as follows:

1. I, along with Autonomous User Rehabilitation Agent, LLC ("AURA") am a Plaintiff in the above-captioned civil action. The matters stated herein are based on my personal knowledge, and if called upon to testify as a witness, I could and would competently testify to the accuracy and truth of such matters.

2. I submit this declaration in support of our Motion to Seal to prevent the disclosure of the names of AURA's members.

3. My family and I have received harassment and numerous threats from Defendant Brittany Jeream Courville's ("Courville's") audience. Courville disseminated my home address (and unknown third parties attempted to gain entry while my family was home). As a result, my family and I relocated our residence and hired 24-hour security to guard our home.

4. Courville also has inspired a throng of celebrity-obsessed fans to harass, threaten, and attack me, my family, and my business, and Courville has published to the Internet my social security number, date of birth, home phone number, and family members' addresses, among other pieces of highly personal and sensitive information.

5. Likewise, Courville has pried into the lives of AURA's employees, who, too, have received harassment and threats as a result.

6. Additionally, as a further form of harassment, Courville published information about my family – including pictures of my husband and mother-in-law. She has further sought to obtain and publicize information regarding the details of my sisters' medical histories, and has posted online for the public the location of my sisters' address via google maps.

I declare under penalty of perjury that the foregoing is true and correct.

*s/Lima Jevremovic*
Lima Jevremović

Dated: June 6, 2023