IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>        Plaintiffs,<br><br>    vs.<br><br>BRITTANY JEREAM COURVILLE, an individual,<br><br>        Defendant. | CIVIL ACTION NO.: 3:22-cv-04969-ZNQ-RLS |

**NOTICE OF RENEWED MOTION OF DEFENDANT BRITTANY JEREAM COURVILLE TO DISMISS PLAINTIFFS' COMPLAINT**

PLEASE TAKE NOTICE, that, pursuant to the Court's instructions (ECF No. 24) and in response to Plaintiffs' Amended Complaint (ECF No. 26), Defendant, Brittany Jeream Courville, hereby renews the Motion to Dismiss filed at ECF No. 20, which is fully briefed at ECF No. 20 (Defendant's Motion papers), ECF No. 22 (Plaintiffs' Opposition), and ECF No. 23 (Defendant's Reply); and

PLEASE TAKE NOTICE THAT, for all the reasons set forth in Defendant's Memorandum of Law in Support of the Motion to Dismiss and the Reply Memorandum of Law, Defendant Brittany Jeream Courville shall move before the Honorable Zahid N. Quraishi, U.S.D.J., in the United States District Court for the District of New Jersey, Trenton Vicinage, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, on the 17th day of July, 2023, or as soon thereafter as counsel may be heard, for an Order dismissing

all counts and allegations contained in Plaintiffs' Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.

Respectfully submitted,

COZEN O'CONNOR, PC
A Pennsylvania Professional Corporation
Attorney for Defendant Brittany Jeream Courville

BY: _____
John P. Johnson, Jr.
1010 Kings Highway South
Cherry Hill, NJ 08034
Telephone: 856-910-5001
Fax: 215-701-2049
jjohnson@cozen.com

Kevin T. Kerns
*(D.N.J Admission Forthcoming)*
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone:  215-665-6912
Fax:  215-372-2352
kkerns@cozen.com

Tamar Wise (*Admitted Pro Hac Vice*)
3 WTC
175 Greenwich Street, 55th Floor
New York, NY 10172
Telephone: 212-883-4924
Fax: 646-461-2054
twise@cozen.com

Dated:  June 13, 2023