IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

LIMA JEVREMOVIĆ, an individual; and
AUTONOMOUS USER REHABILITATION
AGENT, LLC, a Delaware Limited Liability
Company,

    Plaintiffs,

vs.

BRITTANY JEREAM COURVILLE, an individual,

    Defendant.

CIVIL ACTION NO.: 3:22-cv-04969-ZNQ-RLS

## DECLARATION OF BRITTANY JEREAM COURVILE

I, Brittany Jeream Courville, hereby certify and declare as follows:

1. I am the defendant in the above-captioned action. I make this declaration of my own personal knowledge except as indicated, and I could testify to the facts stated herein if called upon to do so.

2. I submit this Declaration in opposition to Plaintiffs' Motion to Seal or Redact.

3. Ms. Jevremovic's Declaration omits critical information for the Court's evaluation of AURA's request to seal the names and states of residence of AURA's members.

4. Ms. Jevremovic suggests that I disseminated her home address. Ms. Jevremovic neglects to mention that she has made her home address a matter of public record multiple times—and long before I ever spoke about AURA on social media. For example, in August 2021, Ms. Jevremovic publicly filed a guardianship application for Brandon Margera in which she listed a home address. Similarly, a June 16, 2022 police report, which I received through a public records

request, also listed Ms. Jevremovic's home address. These documents were all already publicly-available when I published them online.

5. Ms. Jevremovic also vaguely argues that I disseminated her social security number. It is my general practice to take great care to redact any information relating to any social security numbers from all documents before I disseminate them to the public, and I have no reason to believe I deviated from this practice with respect to Ms. Jevremovic.

6. Indeed, the first time I became aware of Ms. Jevremovic's allegation that I had disseminated her social security number was in connection with this lawsuit. To this day, however, I have not been told when or in what context I disclosed this information, and in my careful review of my previous publications, I could not locate any such disclosure.

7. In the event I inadvertently did publish such information, I would of course redact the information if told precisely where such disclosure allegedly occurred.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Bjourelle*   6-20-23