**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June, 2023, I caused true and correct copies of the foregoing Defendant's Opposition to Plaintiffs' Motion to Seal and or Redact to be served upon all counsel of record via the Court's electronic filing system.

_____
John P. Johnson, Jr.