Sherri A. Affrunti, Esq. (SBN 017981996)
THE LAW OFFICE OF SHERRI A. AFFRUNTI, LLC
301 Oxford Valley Road
Bldg. 1800, #1803, 2d Floor., Jackson Ste.
Yardley, Pennsylvania 19067
Telephone: (267) 392-5842
Email: sherri@affruntilaw.com

Neville L. Johnson, Esq. (Admitted *Pro Hac Vice*)
Jeffrey J. Miles, Esq. (Admission *Pro Hac Vice* Pending)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com
         jmiles@jjllplaw.com

Rodney A. Smolla, Esq. (Admitted *Pro Hac Vice*)
7 Brook Road
Strafford, Vermont 05072
Telephone: (864) 373-3882
Email: rodsmolla@gmail.com

Attorneys for Plaintiffs Lima Jevremović and
Autonomous User Rehabilitation Agent, LLC

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JESERY
### TRENTON VICINAGE

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual, AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>BRITTANY JEREAM COURVILLE, an individual,<br><br>Defendant. | Civil Action No: 3:22-cv-04969-ZNQ-RLS<br><br>*Document Electronically Filed*<br><br><br>**RENEWED OPPOSITION TO RENEWED MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT (Dkt. 33)** |

Pursuant to the Court's instructions (ECF No. 24) and in Response and Opposition to the Renewed Motion to Dismiss filed by Defendant Brittany Jeream Courville (ECF No. 33), Plaintiffs Lima Jevremović ("Jevremović") and Autonomous User Rehabilitation Agent, LLC ("AURA", and together with Jevremovic, "Plaintiffs") hereby renew their previously filed Opposition (ECF No. 22), and incorporate by reference that Opposition as though set forth fully herein, in Opposition to Defendant's Renewed Motion. (ECF No. 33).

Respectfully submitted,

*s/Sherri A. Affrunti*
Sherri A. Affrunti, Esq. (SBN 017981996)
LAW OFFICE OF SHERRI A. AFFRUNTI, LLC
301 Oxford Valley Road
Bldg. 1800, #1803, 2d Floor, Jackson Suite
Yardley, Pennsylvania 19067
Telephone:  (267) 392.5842
Email:  sherri@affruntilaw.com

Neville L. Johnson, Esq. (Admitted *Pro Hac Vice*)
Jeffrey J. Miles, Esq. (*Admission PHV Pending*)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com
          jmiles@jjllplaw.com

Rodney Smolla Esq. (Admitted *Pro Hac Vice*)
7 Brook Road
P.O. Box 77
Strafford, Vermont 05072
Telephone: (864) 373-3882
Email: rodsmolla@gmail.com

3

*Attorneys for Plaintiffs Lima Jevremović and Autonomous User Rehabilitation Agent, LLC*

Dated:  June 26, 2023