UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,**<br><br>Plaintiffs,<br><br>v.<br><br>**BRITTANY JEREAM COURVILLE, an individual,**<br><br>Defendant. | Civil Action No. 3:22-CV-4969-ZNQ-RLS<br><br>**ORDER FOR PRO HAC VICE ADMISSION OF**<br>**ADAM M. WINOKUR, ESQ.** |

This matter having been brought before the Court by Sherri A. Affrunti, Esq., of the Law Office of Sherri A. Affrunti, LLC, attorney for Plaintiffs Lima Jevremović and Autonomous User Rehabilitation Agent, LLC, on an application to allow Adam M. Winokur, Esq., to appear and participate pro hac vice, (Docket Entry No. 36); and the Court having considered the moving papers; and the Court having noted that this motion is unopposed; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

**IT IS** on this **27th** day of **June, 2023**,

**ORDERED** that Plaintiff's application be and it hereby is granted; and it is further

**ORDERED** that Adam M. Winokur, Esq., a member in good standing of the Bar of the State of California, be permitted to appear pro hac vice in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of The Law Offices of Sherri A Affrunti, LLC, attorneys of record for Plaintiff, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Adam M. Winokur, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, with a copy of the order forwarded to the Treasurer of the Fund; and it is further

**ORDERED** that Adam M. Winokur, Esq., shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Adam M. Winokur, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Adam M. Winokur, Esq., shall notify this Court immediately of any disciplinary charges brought against him in the Bar of any other court; and it is further

**ORDERED** that Adam M. Winokur, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that counsel may file a request, the form of which is available at the Court's website, with the Clerk of the Court for pro hac vice counsel to receive electronic notifications in this matter; and it is further

**ORDERED** that the Clerk of Court is hereby directed to TERMINATE Docket Entry No. 15.

/s/ Rukhsanah L. Singh
**RUKHSANAH L. SINGH**
**UNITED STATES MAGISTRATE JUDGE**