Sherri A. Affrunti (SBN 017981996)
THE LAW OFFICE OF SHERRI A. AFFRUNTI, LLC
301 Oxford Valley Road
Bldg. 1800; #1803, 2d Floor., Jackson Ste.
Yardley, Pennsylvania 19067
Telephone: (267) 392-5842
Email: sherri@affruntilaw.com

Neville L. Johnson, Esq. (Admitted *Pro Hac Vice*)
Adam M. Winokur, Esq. (Admitted *Pro Hac Vice*)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com
       awinokur@jjllplaw.com

Rodney A. Smolla, Esq. (Admitted *Pro Hac Vice*)
4601 Concord Pike
Wilmington, DE 19803-0406
Telephone: (864) 373-3882
Email: rodsmolla@gmail.com

Attorneys for Plaintiffs Lima Jevremović and Autonomous User
Rehabilitation Agent, LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JESERY
## TRENTON VICINAGE

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company, , | **FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING PLAINTIFF'S MOTION TO SEAL** |
| Plaintiffs, | 22-cv-4969 (ZNQ) |
| vs. | |
| BRITTANY JEREAM COURVILLE, an individual, | |
| Defendant. | |

## ORDER GRANTING THE MOTION TO SEAL PURSUANT TO LOCAL RULE 5.3

**THIS MATTER** having been brought before the Court upon the Motion to Seal Pursuant to Local Rule 5.3 by Plaintiffs Lima Jevremovic and Autonomous User Rehabilitation Agent, LLC ("AURA"); and the Court, having fully considered the Brief and Certifications in Support of the Motion to Seal Pursuant to Local Rule 5.3, and the response thereto of Defendant Brittany Jeream Courville ("Defendant"), if any, and

THIS COURT, hereby finding, that it may prevent the release of the identities of parties, or, as here, the names of the members of an LLC that is a party, where the affected person establishes a reasonable fear of severe harm;

AND THIS COURT further finding that the members of AURA have a substantial and legitimate private interest in avoiding threats, harassment, and invasions of their privacy,

AND THIS COURT further finding if the identities of the members of AURA are disclosed, then Defendant's followers may likely use the information to harass, threaten, and invade the privacy of these persons;

AND THIS COURT additionally finding that it has discretion to balance the factors for and against access to court documents;

AND THIS COURT further finding that redaction of the names of the

2

members of AURA in the publicly filed version of the Certification of Counsel in

Response to the Court's Order to Show Cause is the least restrictive option available

to accomplish Plaintiffs' goals.

IT IS HEREBY ORDERED THAT the sealing of confidential documents and

information is an accepted practice in the District of New Jersey, *upon the appropriate showing under Local Civil Rule 5.3;*

AND THAT the interests of AURA and its members in the privacy of the

information identified herein outweigh the minimal, if any, public interest in its

disclosure, there is good cause to grant the Motion to Seal Pursuant to Local Rule

5.3 with respect to Plaintiffs' proposal to seal the names of each member of AURA.

THEREFORE, for the above reasons, it is hereby ORDERED that the Motion

to Seal Pursuant to Local Rule 5.3 is GRANTED;

It is FURTHER ORDERED that the unredacted version of the June 6, 2023,

Certification (ECF No. 28) be, and hereby is, SEALED; and

It is FURTHER ORDERED that the Plaintiffs file the proposed redacted form

of the June 6, 2023, Certification with the Court within 10 days.

*The Clerk of Court is directed to TERMINATE the Motion pending at Docket Entry No. 27.*

**IT IS SO ORDERED.**

So Ordered this ___6th___ day

of ___July___, 20_23_

_____

Hon. Rukhsanah L. Singh, U.S.M.J.                    3