IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>BRITTANY JEREAM COURVILLE, an individual,<br><br>　　　　Defendant. | CIVIL ACTION NO.: 3:22-cv-04969-ZNQ-RLS |

**DEFENDANT'S RENEWED REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Pursuant to the Court's instructions at Dkt. #24, and in further support of the Renewed Motion to Dismiss filed at Dkt. #33 by Defendant, Brittany Jeream Courville ("Defendant"), Defendant hereby renews her previously-filed Reply Brief (Dkt. # 23) and incorporates by reference that Reply Brief as if fully set forth herein.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　COZEN O'CONNOR, PC
　　　　　　　　　　　　　　　　　　　A Pennsylvania Professional Corporation
　　　　　　　　　　　　　　　　　　　Attorney for Defendant Brittany Jeream Courville

　　　　　　　　　　　　　　BY:　_____
　　　　　　　　　　　　　　　　　　　John P. Johnson, Jr.
　　　　　　　　　　　　　　　　　　　Keven T. Kerns
　　　　　　　　　　　　　　　　　　　*(D.N.J Admission Forthcoming)*
　　　　　　　　　　　　　　　　　　　One Liberty Place

        1650 Market Street, Suite 2800
        Philadelphia, PA 19103
        Telephone: 215-665-6912
        Fax: 215-372-2352
        jjohnson@cozen.com
        kkerns@cozen.com

        Tamar Wise (*Admitted Pro Hac Vice*)
        3 WTC
        175 Greenwich Street, 55th Floor
        New York, NY 10172
        Telephone: 212-883-4924
        Fax: 646-461-2054
        twise@cozen.com

Dated: July 6, 2023

**CERTIFICATE OF SERVICE**

I, John P. Johnson, Jr., hereby certify that on this 6th day of July, 2023, I caused to be served the foregoing Defendant's Renewed Reply In Further Support of Motion To Dismiss Pursuant to Fed. R. Civ. P 12(b)(6), on the following, via the court's electronic filing system upon:

Sherri A. Affrunti, Esquire
The Law Office of Sherri A. Affrunti, LLC
301 Oxford Valley Road
Bldg. 1800, #1803, 2d Floor
Jackson Suite
Yardley, PA  19067
Phone: 267-392-5842
Email:  sherri@affruntilaw.com

Neville L. Johnson
Adam M. Winokur
Johnson & Johnson LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jj11plaw.com
           awinokur@jj11plaw.com

Rodney A. Smolla
7 Brook Road
P.O. Box 77
Strafford, Vermont 05072
Telephone: (864) 373-3882
Email: rodsmolla@gmail.com

*Attorney for Plaintiffs Lima Jevremović and*
*Autonomous User Rehabilitation Agent, LLC*

_____
John P. Johnson, Jr.