Sherri A. Affrunti, Esq. (SBN 017981996**)**
THE LAW OFFICE OF SHERRI A. AFFRUNTI, LLC
301 Oxford Valley Road
Bldg. 1800, #1803, 2d Floor, Jackson Suite
Yardley, Pennsylvania 19067
Tel:  (267) 392-5842
Email: sherri@affruntilaw.com

Neville L. Johnson, Esq. (Admitted *Pro Hac Vice*)
Jeffrey J. Miles, Esq. (Application for Admission *Pro Hac Vice* Pending)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Tel: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com; jmiles@jjllplaw.com

Rodney A. Smolla, Esq. (Admitted *Pro Hac Vice*)
7 Brook Road
P.O. Box 77
Strafford, Vermont 05072
Tel: (864) 373-3882
Email: rodsmolla@gmail.com

Attorneys for Plaintiffs Lima Jevremović and
Autonomous User Rehabilitation Agent, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiffs,<br><br>    vs.<br><br>BRITTANY JEREAM COURVILLE, an individual,<br><br>    Defendant. | Civil Action No: 3:22-cv-04969-ZNQ-RLS<br><br>*Document Electronically filed*<br><br>**AMENDED ORDER FOR ADMISSION *PRO HACE VICE* OF JEFFREY J. MILES, ESQ. AND TERMINATION OF ADAM M. WINOKUR, ESQ.** |

This matter is being opened to the Court by Sherri A. Affrunti, Esq. of the Law Office of Sherri A. Affrunti, LLC, an attorney admitted to practice law in the State of New Jersey and, *inter alia*, the United States District Court for the District of New Jersey, who is the attorney of record for Plaintiffs Lima Jevremović and Autonomous User Rehabilitation Agent, LLC (together, "Plaintiffs"), for an Order permitting the *Pro Hac Vice* Admission of Jeffrey J. Miles, Esq. pursuant to L. Civ. R. 101.1; and the Court having considered the Declarations in support of the Application which reflect that Jeffrey J. Miles, Esq. satisfies the requirements set forth in L. Civ. R. 101.1(c)(1); and the Court having previously entered an Order granting the pro hac vice admission of Adam M. Winokur, Esq., (Dkt. No. 38);  and Defendant's counsel having no objection to this application; and Plaintiffs seeking the termination of the pro hac vice status of Adam M. Winokur, Esq.; and for other good cause shown:

IT IS HEREBY ORDERED that the Admission Pro Hac Vice of Adam M. Winokur, Esq. SHALL BE AND HEREBY IS TERMINATED in this matter; and

IT IS FURTHER ORDERED that Jeffrey J. Miles, Esq. is hereby granted Admission *Pro Hac Vice* to appear, speak for and participate on behalf of Plaintiffs in this matter in the same manner as attorneys authorized to practice law in this State; and

IT IS FURTHER ORDERED that Jeffrey J. Miles, Esq. will notify the Court immediately of any matter affecting his standing at the Bar of any court; and

IT IS FURTHER ORDERED that Jeffrey J. Miles, Esq. is deemed to consent to the  appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against counsel that may arise from his participation in this matter; and

IT IS FURTHER ORDERED that Jeffrey J. Miles, Esq. shall pay or cause to be paid $150.00 to the Clerk of the United States District Court for the District of New Jersey as a fee for his

Admission Pro Hac Vice, in accordance with L. Civ. R. 101.1(c)(3); and

IT IS FURTHER ORDERED that, to the extent that it is not already paid for 2023, Jeffrey J. Miles, Esq. shall pay or cause to be paid an annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with the New Jersey Court R. 1:28-2 within twenty (20) days from the date of entry of this Order, and shall continue to do so for each year in which counsel represent Plaintiffs in this matter; and

IT IS FURTHER ORDERED that Jeffrey J. Miles, Esq. shall be bound by the Local Rules of the United Stated District for the District Court of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, and L. Civ. R. 104.1, *Discipline of Attorneys*; and

IT IS FURTHER ORDERED Jeffrey J. Miles, Esq. shall abide by the provisions of the New Jersey Court Rules, including all disciplinary rules, and shall also specifically comply with the provisions of R. 1:21-2, R. 1:20-1(b) (payment annually to the Oversight Committee), and R. 1:28-2 (payment annually to the New Jersey Lawyers' Fund for Client Protection), during the entire course of his Admission *Pro Hac Vice*; and

IT IS FURTHER ORDERED that the Clerk of Court shall forward a copy of this Order to the Treasurer of the New Jersey Fund for Client Protection.

SO ORDERED.

/s/ Rukhsanah L. Singh
HON. RUKHSANAH L. SINGH, U.S.M.J.