

July 14, 2023

**<u>Via Electronic Filing</u>**

Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fischer Building & US Courthouse
402 East State Street
Trenton, New Jersey  08608

      Re:    Lima Jevremović, et al v. Courville
              Civil Action No:  3:22-CV-04969-ZNQ-RLS

Dear Judge Singh:

    Pursuant to Your Honor's Order entered July 6, 2023 (Docket Item 39), please find attached the redacted copy of the Counsel Certification directed to be filed.

    Thank you for your attention to this matter.

Respectfully submitted,

*s/Sherri A. Affrunti*

Sherri A. Affrunti, Esq.

SAA:mg

Encl.
cc:    All Counsel of Record (*via* electronic filing w/encl.)

affruntilaw.com
267.392.5842

Mobile: 609.576.7385
Email: sherri@affruntilaw.com

301 Oxford Valley RD. / Bldg. 1800
#1803, 2d Flr. / Jackson Ste.
Yardley, Pennsylvania 19067

Sherri A. Affrunti (SBN 017981996)
THE LAW OFFICE OF SHERRI A. AFFRUNTI, LLC
301 Oxford Valley Road
Bldg. 1800, #1803, 2d Floor., Jackson Ste.
Yardley, Pennsylvania 19067
Telephone: (267) 392-5842
Email: sherri@affruntilaw.com

Neville L. Johnson, Esq. (Admitted *Pro Hac Vice*)
Jeffrey J. Miles, Esq. (Admitted *Pro Hac Vice*)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com
         jmiles@jjllplaw.com

Rodney A. Smolla, Esq. (Admitted *Pro Hac Vice*)
7 Brook Road, P.O. Box 77
Strafford, Vermont 05072
Telephone: (864) 373-3882
Email: rodsmolla@gmail.com

Attorneys for Plaintiffs Lima Jevremović
and Autonomous User Rehabilitation Agent, LLC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>BRITTANY JEREAM COURVILLE, an individual,<br><br>Defendant. | Civil Action No: 3:22-cv-04969-ZNQ-RLS<br><br>*Document Electronically Filed*<br><br>**CERTIFICATION OF COUNSEL IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE (Docket Item 24)**<br><br>**[REDACTED PER COURT ORDER OF JULY 6, 2023 (Docket Item 39)]** |

1. I am one of the attorneys of record for Plaintiffs Lima Jevremovic ("Ms. Jevremovic") and Autonomous User Rehabilitation Agent, LLC ("AURA") (together, "Plaintiffs") in the above-captioned matter. After reasonable investigation, I certify the following facts, subject to pains and penalties of perjury.

2. On May 30, 2023, this Court entered an Order to Show Cause as to why it has subject matter jurisdiction over the above-captioned dispute (the "Order"). Therein, the Court instructed, for diversity jurisdiction purposes, that citizenship of a limited liability company is determined by the citizenship of its members. The Order provided until June 6, 2023, for Plaintiffs to e-file a certification or Amended Complaint setting forth a valid basis for jurisdiction, or else this matter would be dismissed for lack of proper jurisdiction.

3. Plaintiffs have filed an Amended Complaint, providing information on the states of citizenship for AURA's members. Based on my inquiry of my clients, Ms. Jevremovic on her own behalf and on behalf of AURA, I have learned that AURA maintains a membership roll with the names and states of citizenship of each of its members. They are as follows:

    a. ██████████, citizen of California;
    b. ██████████, citizen of Texas;
    c. ██████████, citizen of Colorado;
    d. ██████████, citizen of Australia;

e. ███████████, citizen of California;

f. ███████████, citizen of California;

g. ████████, citizen of Illinois;

h. █████████, citizen of California;

i. ███████████, citizen of California;

j. ███████████, citizen of California;

k. █████████████, citizen of Florida;

l. ████████, citizen of California;

m. █████████, citizen of California;

n. █████████, citizen of Florida.

4. All Plaintiffs and all members of AURA are diverse from Defendant Brittany Jeream Courville, who is the only Defendant and a New Jersey citizen.

5. Plaintiffs' prayer for relief in their complaint (ECF 1) requests damages in excess of $75,000, as required for diversity jurisdiction.

6. Based on the above facts, the undersigned has a good faith belief that this Court has subject matter jurisdiction over the case and parties.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 6, 2023

*s/Neville L. Johnson, Esq.*
Neville L. Johnson, Esq.

3