Sherri A. Affrunti, Esq. (SBN 017981996**)**
THE LAW OFFICE OF SHERRI A. AFFRUNTI, LLC
301 Oxford Valley Road
Bldg. 1800, #1803, 2d Floor, Jackson Suite
Yardley, PA 19067
Tel:  (267) 392.5842
Email: sherri@affruntilaw.com

Neville L. Johnson, Esq. (Admitted *Pro Hac Vice*)
Jeffrey J. Miles, Esq. (Admitted *Pro Hac Vice*)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Tel: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com; jmiles@jjllplaw.com

Rodney A. Smolla, Esq. (Admitted *Pro Hac Vice*)
7 Brook Road
P.O. Box 77
Strafford, Vermont 05072
Tel: (864) 373-3882
Email: rodsmolla@gmail.com

Attorneys for Plaintiffs Lima Jevremović and
Autonomous User Rehabilitation Agent, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>BRITTANY JEREAM COURVILLE, an individual,<br><br>Defendant. | Civil Action No: 3:22-cv-04969-ZNQ-RLS<br><br>*Document Electronically Filed* |

## REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY
## TO RECEIVE ELECTRONIC NOTIFICATIONS

Request is hereby made by the undersigned local counsel of record in the above-captioned matter for Plaintiffs Lima Jevremović and Autonomous User Rehabilitation Agent, LLC (together, "Plaintiffs") to permit Jeffrey J. Miles, Esq., counsel admitted *Pro Hac Vice* on Plaintiffs' behalf in this case, to receive electronic case filing notifications regarding this matter. In support of this Request, it is represented that:

1. An Order was entered on July 13, 2023 permitting the Admission *Pro Hac Vice* of Jeffrey J. Miles, Esq. pursuant to L. Civ. R. 101.1 (Docket Item 41).

2. The admission fee required by L. Civ. R. 101.1(c)(3), in the amount of $150.00 per attorney, was paid to the Court Clerk on July 18, 2023 pursuant to the terms of the Order (Receipt Number 133639).

3. Information for the electronic notifications for this attorney is set forth below:

Jeffrey J. Miles, Esq.
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Tel: (310) 975-1080
Facsimile: (310) 975-1095
Email: jmiles@jjllplaw.com
       vcassis@jjllplaw.com

Respectfully submitted,

Dated: July 18, 2023    /s/ *Sherri A. Affrunti, Esq.*
Sherri A. Affrunti, Esq. (SBN 017981996)
THE LAW OFFICE OF SHERRI A. AFFRUNTI, LLC
301 Oxford Valley Road
Bldg. 1800, #1803, 2d Floor, Jackson Suite
Yardley, PA 19067
Tel: (267) 392.5842
Email: sherri@affruntilaw.com
Attorneys for Plaintiffs Lima Jevremović
and Autonomous User Rehabilitation Agent, LLC

2