UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LIMA JEVREMOVIC,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **BRITTANY JEREAM COURVILLE**, <br><br> Defendant. | Civil Action No. 22-4969 (ZNQ) (RLS) <br><br> **ORDER** |

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Motion to Dismiss filed by Defendant Brittany Jeream Courville ("Defendant"). (the "Motion," ECF No. 20.)[1]  For the reasons set forth in the accompanying Opinion,

**IT IS** on this **10th** day of **August 2023,**

**ORDERED** that Defendant's Motion (ECF No. 20) is hereby **GRANTED** and Plaintiffs' Complaint is hereby dismissed without prejudice; and it is further

**ORDERED** that Plaintiffs are hereby granted leave to file a Second Amended Complaint within thirty (30) days of the entry of this Order.  A failure to cure the defects noted in the accompanying Opinion may lead to dismissal with prejudice; and it is further

**ORDERED** that the Clerk is instructed to mark this matter **CLOSED**.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**

---

[1] Renewed at ECF No. 33.