Sherri A. Affrunti, Esq. (SBN 017981996**)**
THE LAW OFFICE OF SHERRI A. AFFRUNTI, LLC
301 Oxford Valley Road
Bldg. 1800, #1803, 2d Floor, Jackson Suite
Yardley, PA 19067
Tel: (267) 392.5842
Email: sherri@affruntilaw.com

Neville L. Johnson, Esq. (Admitted *Pro Hac Vice*)
Jeffrey J. Miles, Esq. (Admitted *Pro Hac Vice*)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com; jmiles@jjllplaw.com

Rodney A. Smolla, Esq. (Admitted *Pro Hac Vice*)
7 Brook Road
P.O. Box 77
Strafford, Vermont 05072
Telephone: (864) 373-3882
Email: rodsmolla@gmail.com

Attorneys for Plaintiffs Lima Jevremović and
Autonomous User Rehabilitation Agent, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>BRITTANY JEREAM COURVILLE, an individual,<br><br>Defendant. | Civil Action No: 3:22-cv-04969-ZNQ-RLS<br><br>*Document Electronically filed*<br><br>**STIPULATION AND ORDER SUBSTITUTING ATTORNEYS** |

The undersigned counsel hereby stipulate and consent to the substitution of the Law Firm of Epstein Ostrove, LLC, by and through its attorney Elliot D. Ostrove, Esq. (SBN 025581997) in the above-captioned matter in place and instead of The Law Firm of Sherri A. Affrunti, LLC and its counsel of record Sherri A. Affrunti, Esq.

Dated: September 11, 2023        *s/Sherri A. Affrunti, Esq.*
                                 Sherri A. Affrunti, Esq. (SBN 017981996)
                                 THE LAW OFFICE OF SHERRI A. AFFRUNTI, LLC
                                 301 Oxford Valley Road
                                 Bldg. 1800, #1803, 2d Floor, Jackson Suite
                                 Yardley, PA 19067
                                 Telephone: (267) 392.5842
                                 Email: sherri@affruntilaw.com

Dated: September 11, 2023        *s/Elliot D. Ostrove, Esq.*
                                 Elliot D. Ostrove, Esq.
                                 EPSTEIN OSTROVE
                                 1010 Kings Highway South
                                 Cherry Hill, NJ 08034
                                 Telephone: (732) 820-7761
                                 Fax: (732) 828-8601
                                 Email: eostrove@epsteinostrove.com

**IT IS SO ORDERED**.

Dated: _____      _____
                                    Hon. Rukhsanah L. Singh, U.S.M.J.

2

# **EXHIBIT A**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>BRITTANY JEREAM COURVILLE, an individual,<br><br>Defendant. | Civil Action No: 3:22-cv-04969-ZNQ-RLS<br><br>*Document Electronically filed*<br><br>**CONSENT TO CHANGE ATTORNEYS** |

It is hereby consented, by and on behalf of Plaintiffs Lima Jevremović and Autonomous User Rehabilitation Agent, LLC, to the substitution of the Law Firm of Epstein Ostrove, LLC, by and through its attorney Elliot D. Ostrove, Esq. (SBN 025581997) in the above-captioned matter in place and instead of The Law Firm of Sherri A. Affrunti, LLC and its counsel of record Sherri A. Affrunti, Esq.

Dated: 9/11/2023 | 1:17 PM PDT

*/s/ Lima Jevremović*
Lima Jevremović, individually

AUTONOMOUS USER REHABILITATION AGENT, LLC

*/s/ Lima Jevremović*
Lima Jevremović, Founder and CEO

Dated: 9/11/2023 | 1:17 PM PDT