# EXHIBIT 1

**CH-109**  Notice of Court Hearing

*Clerk stamps date here when form is filed*

**FILED**
Superior Court of California
County of Los Angeles

AUG 3 1 2023

David W. Slayton, Executive Officer/Clerk of Court

By: P. Rodriguez, Deputy

## ① Person Seeking Protection

a. Your Full Name:
Lima Jevremovic

Your Lawyer (if you have one for this case):

Name: Benjamin F. Kanani  State Bar No.: 279248

Firm Name: Law Office of Benjamin Kanani, APC

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.)*

Address: 8730 Wilshire Blvd., Ste. #310

City: Beverly Hills  State: CA  Zip: 90211

Telephone: (310) 593-9592  Fax: (310) 295-2427

Email Address: ben@kananilegal.com

*Fill in court name and street address:*

Superior Court of California, County of
Los Angeles
111 N. Hill St.
Los Angeles, CA 90012

*Court fills in case number when form is filed*

Case Number:
23STRO05821[]

## ② Person From Whom Protection Is Sought

Full Name: Brittany Jeream Courville

*The court will complete the rest of this form.*

## ③ Notice of Hearing

A court hearing is scheduled on the request for restraining orders against the person in ②:

| Hearing Date | → Date: 9/25/23 Time: 1:30 PM | Name and address of court if different from above: |
|---|---|---|
| | Dept.: 25 Room: 317 | |

## ④ Temporary Restraining Orders *(Any orders granted are on form CH-110, served with this notice.)*

a. Temporary Restraining Orders for personal conduct and stay-away orders as requested in form CH-100. *Request for Civil Harassment Restraining Orders*, are *(check only one box below)*:

(1) ☒ All **GRANTED** until the court hearing.

(2) ☐ All **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

(3) ☐ Partly **GRANTED** and partly **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

**Notice of Court Hearing
(Civil Harassment Prevention)**

CH-109, Page 1 of 3



Case Number: _____

b.  Reasons for denial of some or all of those personal conduct and stay-away orders as requested in form CH-100, *Request for Civil Harassment Restraining Orders,* are:

   (1) ☐  The facts as stated in form CH-100 do not sufficiently show acts of violence, threats of violence, or a course of conduct that seriously alarmed, annoyed, or harassed the person in ① and caused substantial emotional distress.

   (2) ☐  Other *(specify):*  ☐  As stated on Attachment 4b.

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

⑤  **Confidential Information Regarding Minor**

a.  ☐  A *Request to Keep Minor's Information Confidential* (form CH-160) was made and **GRANTED.** (*See form CH-165,* Order on Request to Keep Minor's Information Confidential, *served with this form.*)

b.  **If the request was granted, the information described in item ⑦ on the order (form CH-165) must be kept CONFIDENTIAL. The disclosure or misuse of the information is punishable as a sanction, with a fine of up to $1,000 or other court penalities.**

⑥  **Service of Documents for the Person in ①**

**At least** ☒ **five** ☐ _____ **days before the hearing,** someone age 18 or older—**not you or anyone to be protected**—must personally give (serve) a court's file-stamped copy of this form CH-109 to the person in ② along with a copy of all the forms indicated below:

a.  CH-100, *Request for Civil Harassment Restraining Orders* (file-stamped)

b.  ☒  CH-110, *Temporary Restraining Order* (file-stamped) **IF GRANTED**

c.  CH-120, *Response to Request for Civil Harassment Restraining Orders* (blank form)

d.  CH-120-INFO, *How Can I Respond to a Request for Civil Harassment Restraining Orders?*

e.  CH-250, *Proof of Service by Mail* (blank form)

f.  ☐  CH-170, *Notice of Order Protecting Information of Minor* and CH-165, *Order on Request to Keep Minor's Information Confidential* (file-stamped) **IF GRANTED**

g.  ☐  Other *(specify):* _____

Date:  8/31/23                          *S Cochran*

                                 *Judicial Officer*
                              STEVE COCHRAN

| Case Number: |
|---|
| |

## To the Person in ① :

- The court cannot make the restraining orders after the court hearing unless the person in ② has been personally given (served) a copy of your request and any temporary orders. To show that the person in ② has been served, the person who served the forms must fill out a proof of service form. Form CH-200, *Proof of Personal Service*, may be used.
- For information about service, read form CH-200-INFO, *What Is "Proof of Personal Service"?*
- If you are unable to serve the person in ② in time, you may ask for more time to serve the documents. Use form CH-115, *Request to Continue Court Hearing and to Reissue Temporary Restraining Order*.

## To the Person in ② :

- If you want to respond to the request for orders in writing, file form CH-120, *Response to Request for Civil Harassment Restraining Orders*, and have someone age 18 or older—**not you or anyone to be protected**—mail it to the person in ① .
- The person who mailed the form must fill out a proof of service form. Form CH-250, *Proof of Service by Mail*, may be used. File the completed form with the court before the hearing and bring a copy with you to the court hearing.
- Whether or not you respond in writing, go to the hearing if you want the judge to hear from you before making an order. You may tell the judge why you agree or disagree with the orders requested.
- You may bring witnesses and other evidence.
- At the hearing, the judge may make restraining orders against you that could last up to five years and may order you to turn in to law enforcement, or sell to or store with a licensed gun dealer, any firearms (guns) and firearm parts that you own or possess. This includes firearm receivers and frames, and any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531).



### Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office or go to www.courts.ca.gov/forms for *Disability Accommodation Request* (form MC-410). (Civ. Code, § 54.8.)

*(Clerk will fill out this part.)*

### —Clerk's Certificate—

I certify that this *Notice of Court Hearing* is a true and correct copy of the original on file in the court.

Date: _____ AUG 3 1 2023

Clerk, by **P. Rodriguez** _____ , Deputy

## CH-110    Temporary Restraining Order

*Clerk stamps date here when form is filed.*

**FILED**
Superior Court of California
County of Los Angeles

AUG 3 1 2023

David W. Slayton, Executive Officer/Clerk of Court

By: P. Rodriguez, Deputy

*Person in ① must complete items ①, ②, and ③ only.*

**① Protected Person**

a. Your Full Name: Lima Jevremovic

Your Lawyer *(if you have one for this case):*

Name: Benjamin F. Kanani    State Bar No.: 279248

Firm Name: Law Office of Benjamin Kanani, APC

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.):*

Address: 8730 Wilshire Blvd., Ste. #310

City: Beverly Hills    State: CA    Zip: 90211

Telephone: (310) 593-9592    Fax: (310) 295-2427

Email Address: ben@kananilegal.com

*Fill in court name and street address:*

Superior Court of California, County of
Los Angeles
111 N. Hill St.
Los Angeles, CA 90012

*Court fills in case number when form is filed.*

**Case Number:**
23STRO058215

**② Restrained Person**

*(Give all the information you know. Information with a star (*) is required to add this order to the California police database. If age is unknown, give an estimate.)*

| *Full Name: Brittany Jeream Courville | | *Age: 35 | Date of Birth: Unknown |
| --- | --- | --- | --- |
| *Race: White | Height: 5'6" | Weight: Unknown | Hair Color: Blonde    Eye Color: Green |

*Gender: ☐ M   ☒ F   ☐ Nonbinary   Home Address: 10 Teak Lane

City: Princeton    State: NJ    Zip: 08540

Relationship to Protected Person: Opposing party in a lawsuit in U.S. District Court, Content creator

**③ ☒ Additional Protected Persons**

In addition to the person named in ①, the following family or household members of that person are protected by the temporary orders indicated below:

| Full Name | Gender | Age | Household Member? | Relation to Protected Person |
| --- | --- | --- | --- | --- |
| Ivan Jevremovic | M | 45 | ☒ Yes ☐ No | Husband |
| Dahlia Taquali | F | 31 | ☒ Yes ☐ No | Sister |
| Dia Taquali | F | 31 | ☒ Yes ☐ No | Sister |
| | | | ☐ Yes ☐ No | |

☐ *Check here if there are additional persons. List them on an attached sheet of paper and write "Attachment 3—Additional Protected Persons" as a title. You may use form MC-025, Attachment.*

**④ Expiration Date**    *The court will complete the rest of this form.*

*This Order expires at the end of the hearing scheduled for the date and time below:*

Date: 9/25/23    Time: 1:30    ☐ a.m. ☒ p.m.

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2023, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ

**Temporary Restraining Order (CLETS-TCH)**
**(Civil Harassment Prevention)**

CH-110, Page 1 of 6
→

Case Number:

## To the Person in ❷ :

**The court has granted the temporary orders checked as granted below. If you do not obey these orders, you can be arrested and charged with a crime. You may be sent to jail for up to one year, pay a fine of up to $1,000, or both.**

**⑤** **Personal Conduct Orders**

☐ **Not Requested**   ☐ **Denied Until the Hearing**   ☑ **Granted as Follows:**

a.  You must **not** do the following things to the person named in ①

☐   and to the other protected persons listed in ③ :

(1) ☑ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

(2) ☑ Contact the person, either directly or indirectly, in **any** way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by email, by text message, by fax, or by other electronic means.

(3) ☑ Take any action to obtain the person's address or location. If this item (3) is not checked, the court has found good cause not to make this order.

(4) ☐ Other *(specify):*

☐ Other personal conduct orders are attached at the end of this Order on Attachment 5a(4).

b.  Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this order.  However, you may have your papers served by mail on the person in ① .

**⑥** **Stay-Away Order**

☐ **Not Requested**   ☐ **Denied Until the Hearing**   ☑ **Granted as Follows:**

a.  You must stay at least **_100_** yards away from *(check all that apply):*

(1) ☑ The person in ①

(2) ☑ Each person in ③

(3) ☑ The home of the person in ①

(4) ☑ The job or workplace of the person in ①

(5) ☐ The school of the person in ①

(6) ☐ The school of the children of the person in ①

(7) ☐ The place of child care of the children of the person in ①

(8) ☑ The vehicle of the person in ①

(9) ☐ Other *(specify):*

b.  This stay-away order does not prevent you from going to or from your home or place of employment.

**⑦** **No Firearms (Guns), Firearm Parts, or Ammunition**

a.  You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get any prohibited items listed in b on the next page.

## This is a Court Order.

| Case Number: |
|---|
| |

(7) b. **Prohibited items are:**

    (1) Firearms (guns);

    (2) Firearm parts, meaning receivers, frames, or any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531); and

    (3) Ammunition.

  c. **You must:**

    (1) Sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any firearms (guns) and firearm parts in your immediate possession or control. This must be done within 24 hours of being served with this Order.

    (2) File a receipt with the court within 48 hours of receiving this Order that proves that your firearms (guns) and firearm parts have been turned in, sold, or stored. (You may use *Receipt for Firearms and Firearm Parts* (form CH-800) for the receipt.)

  d. ☐ The court has received information that you own or possess a firearm (gun), firearm parts, or ammunition.

(8) **Possession and Protection of Animals**

  ☑ **Not Requested**   ☐ **Denied Until the Hearing**   ☐ **Granted as Follows** *(specify):*

  a. ☐ The person in ① is given the sole possession, care, and control of the animals listed below, which are owned, possessed, leased, kept, or held by him or her, or reside in his or her household. *(Identify animals by, e.g., type, breed, name, color, sex.)*

_____

_____

  b. ☐ The person in ② must stay at least _____ yards away from, and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of, the animals listed above.

(9) **Other Orders**

  ☑ **Not Requested**   ☐ **Denied Until the Hearing**   ☐ **Granted as Follows** *(specify):*

*Cease further social media posting about protected parties pending hearing.*

  ☐ Additional orders are attached at the end of this Order on Attachment 9.

**To the Person in ① :**

(10) **Mandatory Entry of Order Into CARPOS Through CLETS**

This Order must be entered into the California Restraining and Protective Order System (CARPOS) through the California Law Enforcement Telecommunications System (CLETS). *(Check one):*

  a. ☐ The clerk will enter this Order and its proof-of-service form into CARPOS.

  b. ☐ The clerk will transmit this Order and its proof-of-service form to a law enforcement agency to be entered into CARPOS.

**This is a Court Order.**



| Case Number: |
|---|
|  |

(10) c. ☐ By the close of business on the date that this Order is made, the person in (1) or his or her lawyer should deliver a copy of the Order and its proof-of-service form to the law enforcement agency listed below to enter into CARPOS:

Name of Law Enforcement Agency                     Address *(City, State, Zip)*

_____                     _____

_____                     _____

☐ Additional law enforcement agencies are listed at the end of this Order on Attachment 10.

(11) **No Fee to Serve (Notify) Restrained Person**        ☐ **Ordered**    ☐ **Not Ordered**

The sheriff or marshal will serve this Order without charge because:

a. ☐ The Order is based on unlawful violence, a credible threat of violence, or stalking.

b. ☐ The person in (1) is entitled to a fee waiver.

(12) Number of pages attached to this Order, if any: _____

Date: ___8/31/23___            *S Cochran*
                                    ─────────────────
                                    Judicial Officer
                                    **STEVE COCHRAN**

> ### Warnings and Notices to the Restrained Person in ②

### You Cannot Have Firearms (Guns), Firearm Parts, or Ammunition

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get any prohibited items listed in item 7b on page 3 while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any firearms (guns) and firearm parts that you have or control as stated in item ⑦ above. The court will require you to prove that you did so.

### Notice Regarding Nonappearance at Hearing and Service of Order

If you have been personally served with this Temporary Restraining Order and form CH-109, *Notice of Court Hearing,* but you do not appear at the hearing either in person or by a lawyer, and a restraining order that is the same as this Temporary Restraining Order except for the expiration date is issued at the hearing, a copy of the order will be served on you by mail at the address in item ②.

If this address is not correct or you wish to verify that the Temporary Restraining Order was converted into a restraining order at the hearing without substantive change, or to find out the duration of the order, contact the clerk of the court.

### After You Have Been Served With a Restraining Order

- Obey all the orders.
- Read form CH-120-INFO, *How Can I Respond to a Request for Civil Harassment Restraining Orders?,* to learn how to respond to this Order.
- If you want to respond, fill out form CH-120, *Response to Request for Civil Harassment Restraining Orders,* and file it with the court clerk. You do not have to pay any fee to file your response if the Request claims that you inflicted or threatened violence against or stalked the person in ①.

> ### This is a Court Order.

| Case Number: |
| --- |

## If the Protected Person Contacts the Restrained Person

Even if the protected person invites or consents to contact with the restrained person, this order remains in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The order can be changed only by another court order. (Pen. Code, § 13710(b).)

## Conflicting Orders—Priorities for Enforcement

**If more than one restraining order has been issued protecting the protected person from the restrained person, the orders must be enforced in the following priority** (see Pen. Code, § 136.2 and Fam. Code, §§ 6383(h)(2), 6405(b)):

1. *Emergency Protective Order (EPO):* If one of the orders is an *Emergency Protective Order* (form EPO-001), provisions (e.g., stay-away order) that are more restrictive than in the other restraining/protective orders be enforced. Provisions of another order that do not conflict with the EPO must be enforced.

2. *No-Contact Order:* If a restraining/protective order includes a no-contact order, the no-contact order must be enforced. Item 5a(2) is an example of a no-contact order.

3. *Criminal Protective Order (CPO):* If none of the orders include an EPO or a no-contact order, the most recent CPO must be enforced. (Fam. Code, §§ 6383(h)(2) and 6405(b).) Additionally, a CPO issued in a criminal case involving charges of domestic violence, Penal Code sections 261, 261.5, or former 262, or charges requiring sex offender registration must be enforced over any civil court order. (Pen. Code, § 136.2(e)(2).) All provisions in the civil court order that do not conflict with the CPO must be enforced.

4. *Civil Restraining Orders:* If there is more than one civil restraining order (e.g., domestic violence, juvenile, elder abuse, civil harassment), then the order that was issued last must be enforced. Provisions that do not conflict with the most recent civil restraining order must be enforced.



*(Clerk will fill out this part.)*

### —Clerk's Certificate—

I certify that this *Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date: AUG 3 1 2023      Clerk, by _P. Rodriguez_ _____ , Deputy

**This is a Court Order.**