IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>BRITTANY JEREAM COURVILLE, an individual, PREM BENIPAL, an individual; and THAT SURPRISE WITNESS LLC, a New Jersey limited liability corporation<br><br>Defendant. | CIVIL ACTION NO.: 3:22-cv-04969-ZNQ-RLS<br><br>**STIPULATION EXTENDING TIME TO ANSWER AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company, and Defendant BRITTANY JEREAM COURVILLE, an individual, Defendant PREM BENIPAL, an individual, and THAT SURPRISE WITNESS LLC, a New Jersey limited liability corporation, as follows:

1. Defendants' time to move against, answer, or otherwise respond to the Amended Complaint is extended to October 24, 2023.

2.    A facsimile of this Stipulation shall have the same force and effect as an original.

| EPSTEIN OSTROVE<br>*Attorneys for Plaintiffs Lima Jevremović and Autonomous User Rehabilitation Agent, LLC* | COZEN O'CONNOR<br>*Attorneys for Defendants Brittany Jeream Courville, Prem Benipal and That Surprise Witness LLC* |
|---|---|
| By: _____ | By: _____ |
| Elliot D. Ostrove, Esq.<br>200 Metroplex Drive, Suite 304<br>Edison, New Jersey 08817<br>Telephone: (732) 828-8600<br>Fax: (732) 828-8601<br>e.ostrove@epsteinostrove.com | John P. Johnson, Jr.<br>1010 Kings Highway South<br>Cherry Hill, NJ 08034<br>Telephone: 856-910-5001<br>Fax: 215-701-2049<br>jjohnson@cozen.com |
| Neville L. Johnson (Admitted *Pro Hac Vice*)<br>JOHNSON & JOHNSON LLP<br>439 North Canon Drive, Suite 200<br>Beverly Hills, California 90210<br>GREEN & COHEN, P.C. | Keven T. Kerns<br>*(D.N.J Admission Forthcoming)*<br>One Liberty Place<br>1650 Market Street, Suite 2800<br>Philadelphia, PA 19103<br>Telephone: 215-665-6912<br>Fax: 215-372-2352<br>kkerns@cozen.com |
| Rodney Smolla (Admitted *Pro Hac Vice*)<br>7 Brook Road<br>P.O. Box 77<br>Strafford, Vermont 05072<br>Telephone: (864) 373-3882<br>rodsmolla@gmail.com | Tamar Wise (*Admitted Pro Hac Vice*)<br>3 WTC<br>175 Greenwich Street, 55th Floor<br>New York, NY 10172<br>Telephone: 212-883-4924<br>Fax: 646-461-2054<br>twise@cozen.com |

Dated: September 18, 2023