THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIMA JEVREMOVIĆ, and individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>     Plaintiffs,<br><br> vs.<br><br>BRITTANY JEREAM COURVILLE, an individual, PREM BENIPAL, an individual; and THAT SURPRISE WITNESS LLC, a New Jersey limited liability corporation.<br><br>     Defendants. | CASE NO.: 3:22-CV-04969-ZNQ-RLS |

## NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN**, that John P. Johnson, Jr., Esquire, of Cozen O'Connor, P.C., hereby enters his appearance in this matter as counsel of record for Defendant, Prem Benipal. an individual.

DATED: September 26, 2023

            COZEN O'CONNOR, P.C.

            */s/ John P. Johnson, Jr.*

            By: John P. Johnson, Jr., Esquire
             1010 Kings Highway South, Bldg. 1
             Cherry Hill, NJ 08034
             Phone: (856) 910-5000, Ext. 5001
             Fax: (856) 910-5075
             email: jjohnson@cozen.com
             Attorneys for Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 26th day of August, 2023, I caused a true and correct copy of the foregoing Entry of Appearance to be served upon all counsel of record via the Court's electronic filing system.

                                                            _____

                                                            John P. Johnson, Jr.