# EPSTEIN | OSTROVE

Elliot D. Ostrove
Partner
e.ostrove@epsteinostrove.com
Direct: (732) 820-7761

November 17, 2023

**VIA ECF**
Hon. Zahid N. Quraishi, U.S.D.J.
District Court of New Jersey
402 East State Street
Room 2020
Trenton, New Jersey 08608

**Re:** *Jevremović v. Courville, et al.*,
**Docket No. 3:22-cv-04969-ZQN-RLS**

Dear Judge Quraishi:

Together with Johnson & Johnson, LLP, we represent Plaintiffs, Lima Jevremović and AURA LLC. A Pre-Motion Conference is scheduled before Your Honor on Monday, November 27, 2023 at 10:00 a.m. We write to respectfully request that the Pre-Motion Conference be rescheduled.

Co-Counsel will be traveling for the Thanksgiving Holiday and will have limited access to internet and spotty reception, at best. We have conferred with Defendants' counsel, and they have consented to our request to reschedule the Pre-Motion Conference. All parties are available on December 6, 2023. For these reasons, we respectfully request that the Court reschedule the Pre-Motion Conference for December 6, 2023.

We thank the Court for its time and consideration of this request.

Respectfully,
EPSTEIN OSTROVE, LLC

By: _____
ELLIOT D. OSTROVE

cc. All counsel of record (via ECF)

**NEW JERSEY**
Mailing | P.O. Box 10720 | Edison, NJ 08906
Delivery | 200 Metroplex Dr | Ste 304 | Edison, NJ 08817
T 732.828.8600  F 732.828.8601

WWW.EPSTEINOSTROVE.COM

**NEW YORK**
43 West 43rd St | Ste 139
New York, NY 10036
T 646.300.8600