# EPSTEIN | OSTROVE

Elliot D. Ostrove
Partner
e.ostrove@epsteinostrove.com
Direct: (732) 820-7761

January 9, 2024

**VIA ELECTRONIC FILING**
Hon. Zahid N. Quraishi, U.S.D.J.
District Court of New Jersey
402 East State Street
Room 2020
Trenton, New Jersey 08608

Re:  *Jevremović v. Courville, et al.*,
     Docket No. 3:22-cv-04969-ZQN-RLS

Dear Judge Quraishi:

Together with Johnson & Johnson, LLP, we represent Plaintiffs, Lima Jevremović and AURA LLC. On December 6, 2023, Your Honor, entered a Text Order directing Defendants to file their Motion to Dismiss by no later than January 11, 2024. The parties have conferred and have agreed upon the following briefing schedule, which we jointly ask Your Honor to So Order.

1. Defendant will file their Motion to Dismiss on or before January 11, 2024, and will list a Return Date of February 20, 2024;
2. Opposition to the Motion to Dismiss will be filed on or before February 1, 2023; and
3. Reply, if any, will be filed on or before February 15, 2024.

We thank the Court for its time and attention to this matter.

Respectfully submitted,
EPSTEIN OSTROVE, LLC

By: _____
ELLIOT D. OSTROVE

cc:  All Counsel of record (via e-courts)

So Ordered this 10th day of January 2024.

_____
ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE

**NEW JERSEY**
Mailing | P.O. Box 10720 | Edison, NJ 08906
Delivery | 200 Metroplex Dr | Ste 304 | Edison, NJ 08817
T 732.828.8600  F 732.828.8601

WWW.EPSTEINOSTROVE.COM

**NEW YORK**
43 West 43rd St | Ste 139
New York, NY 10036
T 646.300.8600