# EPSTEIN | OSTROVE

Vahbiz P. Karanjia
Partner
e.ostrove@epsteinostrove.com
Direct: (732) 820-7763

January 31, 2024

**VIA ELECTRONIC FILING**
Hon. Zahid N. Quraishi, U.S.D.J.
District Court of New Jersey
402 East State Street
Room 2020
Trenton, New Jersey 08608

So Ordered this 1st day of February, 2024

Hon. Zahid N. Quraishi
United States District Judge

Re: *Jevremović v. Courville, et al.,*
Docket No. 3:22-cv-04969-ZQN-RLS

Dear Judge Quraishi:

    Together with Johnson & Johnson, LLP, and Rodney A. Smolla, Esq., we represent Plaintiffs, Lima Jevremović and AURA LLC ("Plaintiffs"). We respectfully request that Your Honor So Order a revised briefing schedule regarding Defendants', Brittany Jeream Courville, Prem Benipal, and That Surprise Witness TV LLC (collectively, "Defendants"), Motion to Dismiss.

    By way of explanation, co-counsel, Rodney A. Smolla, serves as the President of Vermont Law & Graduate School. The School suffered the death of a student on Friday, January 26, 2024, and the sudden and unexpected death of a faculty member on Monday, January 29, 2024. Given the gravity of the tragedy that is being experienced on campus, Mr. Smolla has been unable to meaningfully participate in Plaintiffs' Opposition to Defendants' Motion to Dismiss.

    In consideration of these unique circumstances, we have conferred with Defendants' counsel, and they have consented to, and agreed upon, a revised briefing schedule. We jointly request that Your So Order the following briefing schedule:

1. Opposition to the Motion to Dismiss will be filed on or before February 14, 2023; and
2. Reply, if any, will be filed on or before March 4, 2024.

We thank the Court for its time and attention to this matter.

Respectfully submitted,
EPSTEIN OSTROVE, LLC

By: *Vahbiz P. Karanjia*
VAHBIZ P. KARANJIA

cc: All Counsel of record (via e-courts)

**NEW JERSEY**
Mailing | P.O. Box 10720 | Edison, NJ 08906
Delivery | 200 Metroplex Dr | Ste 304 | Edison, NJ 08817
T 732.828.8600  F 732.828.8601

WWW.EPSTEINOSTROVE.COM

**NEW YORK**
43 West 43rd St | Ste 139
New York, NY 10036
T 646.300.8600