UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LIMA JEVREMOVIC,** *et al.*,

    Plaintiffs,

v.

**BRITTANY JEREAM COURVILLE,** *et al.*,

    Defendants.

Civil Action No. 22-4969 (ZNQ) (RLS)

**ORDER**

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon a Motion to Dismiss filed by Defendants Brittany Jeream Courville, Prem Benipal, and That Surprise Witness TV LLC (collectively, "Defendants"). ("Motion", ECF No. 67.) For the reasons set forth in the accompanying Opinion,

    **IT IS** on this **30th** day of **August 2024,**

    **ORDERED** that Defendants' Motion (ECF No. 67) is hereby **GRANTED**; and it is further

    **ORDERED** that Counts One, Two, Three, Four, Seven, Eight, Nine, and Ten of Plaintiffs' Third Amended Complaint are hereby **DISMISSED WITHOUT PREJUDICE**; and it is further

    **ORDERED** that Counts Five and Six of Plaintiffs' Third Amended Complaint are hereby **DISMISSED WITH PREJUDICE**; and it is further

    **ORDERED** that Plaintiffs are hereby granted leave to file a Fourth Amended Complaint within thirty (30) days of the entry of this Order. A failure to cure the defects noted in the accompanying Opinion may lead to dismissal with prejudice.

    s/ Zahid N. Quraishi
    **ZAHID N. QURAISHI**
    **UNITED STATES DISTRICT JUDGE**