# EPSTEIN | OSTROVE
A LIMITED LIABILITY COMPANY

Elliot D. Ostrove
Partner
e.ostrove@epsteinostrove.com
Direct: (732) 820-7761

September 19, 2024

**VIA ELECTRONIC FILING**
Hon. Zahid N. Quraishi, U.S.D.J.
District Court of New Jersey
402 East State Street
Room 2020
Trenton, New Jersey 08608

Re:   *Jevremović v. Courville, et al.,*
      Docket No. 3:22-cv-04969-ZQN-RLS

Dear Judge Quraishi:

We represent Plaintiffs, Lima Jevremović and AURA LLC. On August 30, 2024, Your Honor, entered an Order granting Defendants' Motion to Dismiss and granting Plaintiffs leave to file a Fourth Amended Complaint within thirty (30) days of that Order.

We have conferred with Defendants' counsel, and they consent to the time for Plaintiffs to file a Fourth Amended Complaint be extended to Wednesday, October 23, 2024. We respectfully request that Your Honor so-order the October 23, 2024 deadline for Plaintiffs' to file their Fourth Amended Complaint.

We thank the Court for its time and attention to this matter.

Respectfully submitted,
EPSTEIN OSTROVE, LLC

By: _____
ELLIOT D. OSTROVE

cc:  All Counsel of record (via e-courts)



**NEW JERSEY**
T 732.828.8600  F 732.828.8601
Edison office
200 Metroplex Dr | Ste 304 | Edison, NJ 08817
Hamilton office
1898 Route 33 | Hamilton, NJ 08690

WWW.EPSTEINOSTROVE.COM

**NEW YORK**
T 646.300.8600
Manhattan office
43 West 43rd St | Ste 139 | New York, NY 10036