Elliot D. Ostrove, Esq. (Bar No. 025581997)
EPSTEIN OSTROVE
200 Metroplex Drive, Suite 304
Edison, New Jersey 08817
Telephone: (732) 828-8600
Fax: (732) 828-8601
Email: e.ostrove@epsteinostrove.com

Neville L. Johnson, Esq. (Admitted Pro Hac Vice)
Jeffrey J. Miles, Esq. (Admitted Pro Hac Vice)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Tel: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com; jmiles@jjllplaw.com

Rodney A. Smolla, Esq. (Admitted Pro Hac Vice)
7 Brook Road
P.O. Box 77
Strafford, Vermont 05072
Tel: (864) 373-3882
Email: rodsmolla@gmail.com

Attorneys for Plaintiffs Lima Jevremović and
Autonomous User Rehabilitation Agent, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>      Plaintiffs,<br><br>      vs.<br><br>BRITTANY JEREAM COURVILLE, an individual<br><br>      Defendants | Civil Action No: 3:22-cv-04969-ZNQ-RLS<br><br>*Document Electronically filed*<br><br>**DECLARATION OF NEVILLE L. JOHNSON IN SUPPORT OF MOTION FOR WITHDRAWAL OF APPEARANCE AND REPRESENTATION** |

I, **Neville L. Johnson**, of full age, hereby certify and declare as follows:

1. I am an attorney at law in the State of California and am a Partner with the firm Johnson & Johnson LLP, located at 439 North Canon Drive, Suite 200, Beverly Hills, CA 902010. I submit this Declaration in support of an application to withdraw as *pro hac vice* counsel on behalf of Plaintiffs, Lima Jevremović ("Ms. Jevremović") and Autonomous User Rehabilitation, LLC ("AURA") (jointly "Plaintiffs").

2. On or about August 26, 2022, the Hon. Rukhsanah L. Singh, U.S.M.J., entered an Order granting my application for admission *pro hac vice* to appear, speak for and participate on behalf of Plaintiffs in this matter. [Dkt. No. 9].

3. On or about July 13, 2023, the Hon. Rukhsanah L. Singh, U.S.M.J., entered an Order granting Jeffrey J. Miles', a former Associate with Johnson & Johnson, LLP, application for admission *pro hac vice* to appear, speak for and participate on behalf of Plaintiffs, Lima Jevremovic ("Ms. Jevremovic") and Autonomous User Rehabilitation, LLC ("AURA") in this matter. [Dkt. No. 41].

4. Jeffrey J. Miles is no longer working as an attorney at the law firm of Johnson & Johnson, LLP.

5. On or about September 11, 2023, Epstein Ostrove LLC, by and through its attorney Elliot D. Ostrove, Esq., substituted in as New Jersey Counsel instead of The Law Firm of Sherri A. Affrunti, LLC, and its counsel of record Sherri A. Affrunti, Esq., on behalf of Plaintiffs.

6. Johnson & Johnson LLP has terminated its representation of Plaintiffs in this matter.

7. Epstein Ostrove LLC, by and through its attorney Elliot D. Ostrove, Esq., will continue to serve as counsel on behalf of Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 28, 2024

_____
Neville L. Johnson