Elliot D. Ostrove, Esq. (Bar No. 025581997)
EPSTEIN OSTROVE
200 Metroplex Drive, Suite 304
Edison, New Jersey 08817
Telephone: (732) 828-8600
Fax: (732) 828-8601
Email: e.ostrove@epsteinostrove.com

Neville L. Johnson, Esq. (Admitted Pro Hac Vice)
Jeffrey J. Miles, Esq. (Admitted Pro Hac Vice)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Tel: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com; jmiles@jjllplaw.com

Rodney A. Smolla, Esq. (Admitted Pro Hac Vice)
7 Brook Road
P.O. Box 77
Strafford, Vermont 05072
Tel: (864) 373-3882
Email: rodsmolla@gmail.com

Attorneys for Plaintiffs Lima Jevremović and
Autonomous User Rehabilitation Agent, LLC

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiffs,<br><br>    vs.<br><br>BRITTANY JEREAM COURVILLE, an individual<br><br>    Defendants | Civil Action No: 3:22-cv-04969-ZNQ-RLS<br>Hearing: November 18, 2024<br><br>**NOTICE OF MOTION FOR WITHDRAWAL OF APPEARANCE AND REPRESENTATION AS COUNSEL** |

## MOTION FOR WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Neville L. Johnson and the firm of Johnson & Johnson LLP *pro hac vice* counsel for Plaintiffs, Lima Jevremović and Autonomous User Rehabilitation Agent, LLC, shall move before the Honorable Zahid N. Qurashi, U.S.D.J., on November 18, 2024, for an Order granting Neville L. Johnson's and Johnson & Johnson LLP's Motion to Withdraw as Counsel for Plaintiffs Pursuant to *L. Civ. R.* 102.1.

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, Neville L. Johnson and Johnson & Johnson LLP shall rely on the accompanying Declaration of Neville L. Johnson.

**PLEASE TAKE FURTHER NOTICE** that pursuant to *L. Civ. R.* 7.1(d)(1), movants state that no brief is necessary on the within motion since standards for, and grounds upon, which leave may be granted are matters of well-settled law which movants acknowledge and do not dispute.

Respectfully submitted,

_____
Neville L. Johnson, Esq. (Admitted Pro Hac Vice)
Jeffrey J. Miles, Esq. (Admitted Pro Hac Vice)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Tel: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com; jmiles@jjllplaw.com

Dated: October 28, 2024