UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>BRITTANY JEREAM COURVILLE, an individual<br><br>　　　　Defendants | Civil Action No: 3:22-cv-04969-ZNQ-RLS |

## [~~PROPOSED~~] ORDER

AND NOW, this 29th day of October, 2024, upon consideration of Neville L. Johnson, And Johnson & Johnson LLP's Motion to Withdraw Appearance and Representation as Counsel, any accompanying papers in support thereof and any responses thereto, it is hereby ORDERED that Neville L. Johnson, Jeffrey J. Miles, and Johnson & Johnson LLP are TERMINATED as *pro hac vice* counsel on behalf of Plaintiffs, Lima Jevremović and Autonomous User Rehabilitation Agent, LLC.

**IT IS SO ORDERED.**

Dated: October 29, 2024

Hon. ~~Zahid N. Qureshi~~ Rukhsanah L. Singh, USMJ
~~United States District Judge~~

*The Clerk of Court shall TERMINATE the Motion pending at Docket Entry No. 80.