IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>BRITTANY JEREAM COURVILLE, an individual; and THAT SURPRISE WITNESS TV LLC, a New Jersey limited liability corporation,<br><br>Defendants. | CIVIL ACTION NO.: 3:22-CV-04969-ZNQ-RLS |

**STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FOURTH AMENDED COMPLAINT**

The parties to this matter, by their undersigned counsel, hereby stipulate that: (1) Plaintiffs shall have an extension of time to submit their Opposition to Defendants' Motion to Dismiss Plaintiffs' Fourth Amended Complaint ("Defendants' Motion to Dismiss"), until January 13, 2025; (2) Defendants shall have an extension of time to submit the Reply Brief in Support of their Motion to Dismiss until February 11, 2025; and (3) the Return Date for Defendants' Motion to Dismiss shall be extended to February 18, 2025.

| COZEN O'CONNOR, PC<br>Attorneys for Defendants<br><br>By: *[signature]*<br>John P. Johnson, Jr.<br>1010 Kings Highway S., Bldg. 1<br>Cherry Hill, NJ 08034<br>Telephone: 856-910-5001<br>Fax: 215-701-2049<br>jjohnson@cozen.com<br><br>Dated: December 18, 2024 | EPSTEIN OSTROVE, LLC<br>Attorneys for Plaintiffs<br><br>By: *s/ Elliot D. Ostrove*<br>Elliot D. Ostrove<br>200 Metroplex Drive, Suite 304<br>Edison, NJ 08817<br>Telephone: 732-820-7763<br>Fax: 732-828-8601<br>E.Ostrove@epsteinostrove.com<br><br>Dated: December 18, 2024 |