Elliot D. Ostrove, Esq. (Bar No. 025581997)
EPSTEIN OSTROVE
200 Metroplex Drive, Suite 304
Edison, New Jersey 08817
Telephone: (732) 828-8600
Fax: (732) 828-8601
Email: e.ostrove@epsteinostrove.com

Rodney A. Smolla, Esq. (Admitted Pro Hac Vice)
7 Brook Road
P.O. Box 77
Strafford, Vermont 05072
Tel: (864) 373-3882
Email: rodsmolla@gmail.com

Attorneys for Plaintiffs Lima Jevremović and
Autonomous User Rehabilitation Agent, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiffs,<br><br>    vs.<br><br>BRITTANY JEREAM COURVILLE, an individual; and THAT SURPRISE WITNESS TV LLC, a New Jersey Limited Liability Company,<br><br>    Defendants. | Civil Action No: 3:22-cv-04969-ZNQ-RLS<br>Hearing: April 7, 2025<br><br>**NOTICE OF MOTION FOR WITHDRAWAL OF APPEARANCE AND REPRESENTATION AS COUNSEL** |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE** that Rodney A. Smolla, *pro hac vice* counsel for Plaintiffs, Lima Jevremović and Autonomous User Rehabilitation Agent, LLC, shall move before the Honorable Zahid N. Qurashi, U.S.D.J., on April 21, 2025, for an Order granting Rodney A. Smolla's Motion to Withdraw as Counsel for Plaintiffs Pursuant to *L. Civ. R.* 102.1.

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, Rodney A. Smolla shall rely on the accompanying Declaration of Rodney Smolla.

**PLEASE TAKE FURTHER NOTICE** that pursuant to *L. Civ. R.* 7.1(d)(1), movants state that no brief is necessary on the within motion since standards for, and grounds upon, which leave may be granted are matters of well-settled law which movants acknowledge and do not dispute.

Respectfully submitted,

/s/ Rodney A. Smolla

Rodney A. Smolla, Esq. (Admitted Pro Hac Vice)
7 Brook Road
P.O. Box 77
Strafford, Vermont 05072
Tel: (864) 373-3882
Email: rodsmolla@gmail.com

Dated: March 24, 2025