Elliot D. Ostrove, Esq. (Bar No. 025581997)
EPSTEIN OSTROVE
200 Metroplex Drive, Suite 304
Edison, New Jersey 08817
Telephone: (732) 828-8600
Fax: (732) 828-8601
Email: e.ostrove@epsteinostrove.com

Rodney A. Smolla, Esq. (Admitted Pro Hac Vice)
7 Brook Road
P.O. Box 77
Strafford, Vermont 05072
Tel: (864) 373-3882
Email: rodsmolla@gmail.com

Attorneys for Plaintiffs Lima Jevremović and
Autonomous User Rehabilitation Agent, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiffs,<br><br>    vs.<br><br>BRITTANY JEREAM COURVILLE, an individual; and THAT SURPRISE WITNESS TV LLC, a New Jersey Limited Liability Company,<br><br>    Defendants. | Civil Action No: 3:22-cv-04969-ZNQ-RLS<br><br>*Document Electronically filed*<br><br>**DECLARATION OF RODNEY SMOLLA IN SUPPORT OF MOTION FOR WITHDRAWAL OF APPEARANCE AND REPRESENTATION** |

I, **Rodney A. Smolla**, of full age, hereby certify and declare as follows:

1. I am an attorney at law admitted to practice in the State of Illinois, the Commonwealth of Virginia, the State of Delaware, and the state of Vermont. I submit this Declaration in support of an application to withdraw as *pro hac vice* counsel on behalf of Plaintiffs,

Lima Jevremović ("Ms. Jevremović") and Autonomous User Rehabilitation, LLC ("AURA") (jointly "Plaintiffs").

2. On or about August 26, 2022, the Hon. Rukhsanah L. Singh, U.S.M.J., entered an Order granting my application for admission *pro hac vice* to appear, speak for and participate on behalf of Plaintiffs in this matter. [Dkt. No. 9].

3. On or about September 11, 2023, Epstein Ostrove LLC, by and through its attorney Elliot D. Ostrove, Esq., substituted in as New Jersey Counsel instead of The Law Firm of Sherri A. Affrunti, LLC, and its counsel of record Sherri A. Affrunti, Esq., on behalf of Plaintiffs.

4. I have terminated my representation of Plaintiffs in this matter.

5. Epstein Ostrove LLC, by and through its attorney Elliot D. Ostrove, Esq., will continue to serve as counsel on behalf of Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 7, 2025                                          *Rodney A. Smolla*
                                                              Rodney A. Smolla