# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>      Plaintiffs,<br><br>      vs.<br><br>BRITTANY JEREAM COURVILLE, an individual; and THAT SURPRISE WITNESS TV LLC, a New Jersey Limited Liability Company,<br><br>      Defendants. | Civil Action No: 3:22-cv-04969-ZNQ-RLS |

## ORDER

**AND NOW**, this _____ day of _____, 2025, upon consideration of Rodney A. Smolla's Motion to Withdraw Appearance and Representation as Counsel, any accompanying papers in support thereof and any responses thereto, it is hereby ORDERED that Rodney A. Smolla are TERMINATED as *pro hac vice* counsel on behalf of Plaintiffs, Lima Jevremović and Autonomous User Rehabilitation Agent, LLC.

    **IT IS SO ORDERED.**

Dated: _____                          _____
                                                                                 Hon. Rukhsanah L. Singh, USMJ