UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LIMA JEVREMOVIC,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **BRITTANY JEREAM COURVILLE,** *et al.*, <br><br> Defendants. | Civil Action No. 22-4969 (ZNQ) (RLS) <br><br> **ORDER** |

**QURAISHI, District Judge**

  **THIS MATTER** comes before the Court upon a Motion to Dismiss filed by Defendants Brittany Jeream Courville ("Courville") and That Surprise Witness TV LLC (the "LLC") (collectively, "Defendants"). (ECF No. 86.) For the reasons set forth in the accompanying Opinion,

  **IT IS** on this **11th** day of **July 2025,**

  **ORDERED** that Defendants' Motion (ECF No. 86) is hereby **GRANTED**; it is further

  **ORDERED** that the Fourth Amended Complaint is hereby **DISMISSED WITH PREJUDICE**; and it is further

  **ORDERED** that the Clerk's Office is instructed to mark this matter **CLOSED**.

                 s/ Zahid N. Quraishi
                 **ZAHID N. QURAISHI**
                 **UNITED STATES DISTRICT JUDGE**