IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIMA JEVREMOVIĆ, an individual; and AUTONOMOUS USER REHABILITATION AGENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>BRITTANY JEREAM COURVILLE, an individual; and THAT SURPRISE WITNESS TV LLC, a New Jersey limited liability corporation,<br><br>Defendants. | CIVIL ACTION NO.: 3:22-CV-04969-ZNQ-RLS |

## NOTICE OF APPEAL

Plaintiffs, Lima Jevremović and Autonomous User Rehabilitation Agent, LLC, appeal to the United States Court of Appeals for the Third Circuit from the Order Granting Defendants' Brittany Jeream Courville, and That Surprise TV, LLC, Motion to Dismiss Plaintiffs' Verified Fourth Amended Complaint, entered on July 11, 2025.

**EPSTEIN OSTROVE, LLC**

By: _s/ Elliot D. Ostrove_
Elliot D. Ostrove, Esq. (Bar No. 025581997)
EPSTEIN OSTROVE
200 Metroplex Drive, Suite 304
Edison, New Jersey 08817
Telephone: (732) 828-8600
Fax: (732) 828-8601
Email: e.ostrove@epsteinostrove.com

*Attorneys for Plaintiffs Lima Jevremović and Autonomous User Rehabilitation Agent, LLC*

Dated: August 8, 2025

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LIMA JEVREMOVIC,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **BRITTANY JEREAM COURVILLE,** *et al.*, <br><br> Defendants. | Civil Action No. 22-4969 (ZNQ) (RLS) <br><br> **ORDER** |

**QURAISHI, District Judge**

      **THIS MATTER** comes before the Court upon a Motion to Dismiss filed by Defendants Brittany Jeream Courville ("Courville") and That Surprise Witness TV LLC (the "LLC") (collectively, "Defendants"). (ECF No. 86.) For the reasons set forth in the accompanying Opinion,

      **IT IS** on this **11th** day of **July 2025**,

      **ORDERED** that Defendants' Motion (ECF No. 86) is hereby **GRANTED**; it is further

      **ORDERED** that the Fourth Amended Complaint is hereby **DISMISSED WITH PREJUDICE**; and it is further

      **ORDERED** that the Clerk's Office is instructed to mark this matter **CLOSED**.

 

                                                                     s/ Zahid N. Quraishi<br>
                                                                     **ZAHID N. QURAISHI**<br>
                                                                     **UNITED STATES DISTRICT JUDGE**